STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

| | | |
|---|---|---|
| LIONEL P. CARREIRO,<br>Plaintiff<br><br>v.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC. and UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 328, by and through their President, DAVID P. FLEMING, and their Secretary/Treasurer, JAMES RILEY,<br>Defendants | ) | C.A. No. 07-1841 |

**NOTICE OF FILING NOTICE OF REMOVAL**

Please take notice, pursuant to 28 U.S.C. § 1446(d), that on May 7, 2007, defendant Stop & Shop Supermarket Company, LLC filed in the United States District Court for the District of Rhode Island a Notice of Removal of the above-captioned action from the State of Rhode Island Superior Court, Providence County, thus effecting a removal of the above-captioned action in accordance with 28 U.S.C. § 1441 et. seq.

A copy of defendant Stop & Shop Supermarket Company's Notice of Removal is attached to this Notice as Exhibit 1.

Timothy M. Bliss

Gordon P. Cleary, No. 1948
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Defendant Stop & Shop Supermarket Company, LLC
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com
tbliss@vetterandwhite.com

Michael C. Lehane
Thomas W. Colomb
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126
(617) 479-5000
(617) 479-6469 FAX

Dated: May 7, 2007

## CERTIFICATE OF SERVICE

To:

Dennis J. Tente, Esq.
311 Doric Avenue
Cranston, RI 02910

I hereby certify that a copy of the foregoing Notice of Filing Notice of Removal was served upon the above-named counsel of record by mailing first class mail, postage prepaid, on the 7th day of May, 2007.

Lisa A Lariviere