UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Civil Action No.

LIONEL P. CARREIRO,

Plaintiff,

v.

THE STOP & SHOP SUPERMARKET COMPANY, LLC. and UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 328, by and through their President, DAVID P. FLEMING and their Secretary/Treasurer, JAMES RILEY,

Defendants.

**CONSENT TO REMOVE**

Defendant United Food and Commercial Workers Union, Local 328 by and through their President David P. Fleming and their Secretary/Treasurer James Riley consents to the removal of this action to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1441 et. seq.

UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 328, by and through their President, DAVID P. FLEMING and their Secretary/Treasurer, JAMES RILEY
By its counsel,

Betsy Ehrenberg
Pyle, Rome, Lichten Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Tel: (617) 367-7200
Fax: (617) 367-4820