UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIONEL P. CARREIRO,<br>Plaintiff<br><br>v.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC. and UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 328, by and through their President, DAVID P. FLEMING, and their Secretary/Treasurer, JAMES RILEY,<br>Defendants | ) | C.A. No. 07-158S |

**DEFENDANT STOP & SHOP SUPERMARKET COMPANY LLC'S**
**RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Stop & Shop Supermarket Company, LLC hereby states that it is a non-governmental corporate party to the above action, and hereby identifies the following publicly held parent corporation:

KONINKLIJKE AHOL (NYSE SYMBOL: AHO).

/s/ Timothy M. Bliss
Gordon P. Cleary, No. 1948
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Defendant Stop & Shop
Supermarket Company, LLC
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com
tbliss@vetterandwhite.com

Michael C. Lehane
Thomas W. Colomb
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126
(617) 479-5000
(617) 479-6469 FAX

Dated: May 7, 2007

## CERTIFICATE OF SERVICE

To:

Dennis J. Tente, Esq.
311 Doric Avenue
Cranston, RI 02910

I hereby certify that I electronically filed this Disclosure Statement on May 7, 2007. The Disclosure Statement is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Timothy M. Bliss