07-158S

STATE RHODE ISLAND AND PROVIDENCE PL/ \TIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-1841 LIONEL CARREIRO V STOP AND SHOP SUPERMARKET

Filing Date: 04-09-2007
Case Status: UNASSIGNED

Case Type: OTHER CIVIL ACTION
Status Date: 04-09-2007

Plaintiff: LIONEL CARREIRO
ID: @10898601

Attorney: DENNIS TENTE

Defendant: STOP AND SHOP SUPERMARKET COMPANY
ID: @10898602

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-09-2007 | COMPLAINT FILED | |
| 04-09-2007 | INITIAL FILING FEE | |
| 04-09-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP246482. |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island