# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIONEL P. CARREIRO,<br>Plaintiff,<br><br>v.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC. and UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 328, by and through their President, DAVID P. FLEMING and their Secretary/Treasurer, JAMES RILEY,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-158S |

**CERTIFICATION OF ATTORNEY MICHAEL C. LEHANE**
**<u>FOR ADMISSION *PRO HAC VICE*</u>**

I, Michael C. Lehane, certify as follows:

1. My name is Michael C. Lehane. I am a partner in the law firm of Murphy, Hesse, Toomey & Lehane, LLP at 300 Crown Colony Drive, Quincy, Massachusetts 02169.

2. I received my undergraduate degree from Boston University, and also graduated from Boston University Law School in 1968. Since my admission to practice in November, 1968 by the Supreme Judicial Court of Massachusetts, the Commonwealth's highest court, I have been practicing law continually.

3. I am a member in good standing of the bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court. My eligibility to practice before those courts has not been restricted in any way.

4. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

5. I have never been convicted of a crime.

6. I have not been admitted or applied to be admitted *pro hac vice* in any case in the District of Rhode Island in the past 12 months.

7. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

8. I have been involved in the area of labor law during virtually my entire legal career and have handled labor cases and arbitrations before arbitrators appointed by the Massachusetts Board of Conciliation and Arbitration, the Massachusetts Joint Labor Management Committee for Police and Fire Disputes, The New York State Employment Relations Board, the Connecticut Board of Mediation and Arbitration, the American Arbitration Association and before "closed panel" arbitrators. I have handled labor-related administrative proceedings at the Massachusetts Labor Relations Commission, the Massachusetts Civil Service Commission and other agencies including the National Labor Relations Board. I have handled labor-related litigation in the courts of Massachusetts and Connecticut, as well as before the Second Circuit Court of Appeals.

9. I have represented the Stop & Shop Supermarket Company, L.L.C. in labor matters for about twenty-five years. During that period of time, I believe that I have acquired an extensive familiarity with their practices, procedures, ways of doing business and policies with regard to the Unions which represent virtually all of the Company's eligible employees.

10. I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

11. For purposes of this case, I have associated with local counsel identified on the attached Defendant Stop & Shop Supermarket Company, LLC's Motion for Admission *Pro Hac Vice*. I have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Respectfully submitted,

Michael C. Lehane

Michael C. Lehane
Massachusetts Board of Bar Overseers No. 292520
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126
Tel: (617) 479-5000
Fax: (617) 479-6469