UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIONEL P. CARREIRO,<br>Plaintiff<br><br>v.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC. and UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 328, by and through their President, DAVID P. FLEMING, and their Secretary/Treasurer, JAMES RILEY,<br>Defendants | ) | C.A. No. 07-158S |

**DEFENDANT STOP & SHOP SUPERMARKET COMPANY LLC'S**
**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LR Gen 204, defendant Stop & Shop Supermarket Company, LLC ("Stop & Shop") hereby moves that Attorney Thomas W. Colomb be admitted to practice *pro hac vice* in the above matter as counsel with local counsel identified below. In support of this motion, defendant Stop & Shop submits the attached Certification of Attorney Thomas W. Colomb (Exhibit A).

/s/ Gordon P. Cleary
Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Defendant Stop & Shop Supermarket Company, LLC
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Michael C. Lehane
Thomas W. Colomb
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126
(617) 479-5000
(617) 479-6469 FAX

Dated: May 14, 2007

CERTIFICATE OF SERVICE

To:

Dennis J. Tente, Esq.
311 Doric Avenue
Cranston, RI 02910

Richard M. Peirce, Esq.
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street – 8th Floor
Providence, RI 02903-2808

Betsy Ehrenberg, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan
18 Tremont Street – Suite 500
Boston, MA 02108

I hereby certify that I electronically filed this Motion on May 14, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary