# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIONEL P. CARREIRO,<br>Plaintiff,<br><br>v.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC. and UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 328, by and through their President, DAVID P. FLEMING and their Secretary/Treasurer, JAMES RILEY,<br>Defendants. | ) | C.A. No. 07-158S |

**CERTIFICATION OF ATTORNEY THOMAS W. COLOMB**
**FOR ADMISSION *PRO HAC VICE***

I, Thomas W. Colomb, certify as follows:

1. My name is Thomas W. Colomb. I am an associate in the law firm of Murphy, Hesse, Toomey & Lehane, LLP at 300 Crown Colony Drive, Quincy, Massachusetts 02169.

2. I received my undergraduate degree from Dartmouth College, and also graduated from Cornell Law School in 1997. Since my admission to practice in December 1997 by the Supreme Judicial Court of Massachusetts, the Commonwealth's highest court, I have been practicing law continually.

3. I am a member in good standing of the bar of the Commonwealth of Massachusetts, the States of Connecticut and New York, the United States District Court for the Districts of Massachusetts and Connecticut and the United States Court of Appeals for the First Circuit. My eligibility to practice before those courts has not been restricted in any way.

4. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

5. I have never been convicted of a crime.

6. I have not been admitted or applied to be admitted *pro hac vice* in any case in the District of Rhode Island in the past 12 months.

7. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

8. I have practiced in the areas of labor and employment law, and related litigation, almost exclusively since my admission to the bar in 1997. I am experienced in litigating matters under Section 301 of the Labor Management Relations Act, the subject matter of the instant litigation, and have represented employers in Section 301 cases in the United States District Courts and in the U.S. Court of Appeals for the First Circuit.

9. I have personally represented Defendant Stop & Shop Supermarket Company, L.L.C. in various matters in state and/or federal courts in Massachusetts, Connecticut and New York dating back to 1997. My law firm, Murphy, Hesse, Toomey

& Lehane, LLP, and the individual partners who founded this firm, have represented Stop & Shop for 25 years or more in labor and employment matters.

10. I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

11. For purposes of this case, I have associated with local counsel identified on the attached Defendant Stop & Shop Supermarket Company, LLC's Motion for Admission *Pro Hac Vice*. I have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Respectfully submitted,

Thomas W. Colomb

Thomas W. Colomb
Massachusetts Board of Bar Overseers No. 638211
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126
Tel: (617) 479-5000
Fax: (617) 479-6469