UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LIONEL CARREIRO,

Plaintiff,

vs.

THE STOP & SHOP SUPERMARKET COMPANY LLC and UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 328, by and through their President, DAVID P. FLEMING and their Secretary/Treasurer, JAMES RILEY,

Defendants.

C. A. No. 07-158

MOTION FOR ADMISSION PRO HAC VICE

Defendant United Food & Commercial Workers Union Local 328 hereby moves that Betsy Ehrenberg, of the law firm Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC, 18 Tremont Street, Suite 500, Boston, Massachusetts 02108, be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Respectfully submitted,

UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 328,

/s/ Richard M. Peirce

Richard M. Peirce, RI Bar # 0564
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
401-521-7000
401-521-1328 (fax)

Dated: May 14, 2007

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I, Betsy Ehrenberg, hereby certify as follows:

(1) I am a member in good standing of the bar of the Commonwealth of Massachusetts and of the bars of the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. I was admitted to practice *pro hac vice* in this Court previously in the matter of *Marie T. Boule et al. v. Shaw's Supermarkets, Inc.*, C. A. No. 00-110 L, before Judge Ronald Legueaux.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Betsy Ehrenberg, BBO # 554628
*Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC*
18 Tremont Street, Suite 500
Boston, MA 02108
617-367-7200
617-368-4820 (fax)
behrenberg@prle.com

Dated: May 14, 2007

## LOCAL COUNSEL CERTIFICATION

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Richard M. Peirce

Richard M. Peirce, RI Bar # 0564
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
401-521-7000
401-521-1328 (fax)

Dated: May 14, 2007

## ORDER

This motion is hereby [GRANTED/DENIED].

District Judge

Dated: May 17 2007