JAM/pap 1374-7
3210801 5/21/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LIONEL P. CARREIRO
Plaintiff
VS. C. A. No. 07-158 S

THE STOP & SHOP SUPERMARKET
COMPANY, ET AL
Defendant

NOTICE OF APPEARANCE

I, James A. Musgrave, hereby enter my appearance on behalf of United Food & Commercial Workers Union, Local 328, in the above-entitled matter.

/s/ James A. Musgrave

James A. Musgrave No. 6640
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 Tel.
(401) 521-1328 FAX
jmusgrave@rcfp.com

Certificate of Service

I, James A. Musgrave, hereby certify that on May 21, 2007, I served the foregoing Notice of Appearance by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case and by fist-class mail to the following:

Dennis J. Tente, Esq.
311 Doric Avenue
Cranston, RI 02910

Michael C. Lehane, Esq.
Thomas W. Colomb, Esq.
Murphy, Jesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P. O. Box 9126
Quincy, MA a02269-9126

/s/ James A. Musgrave