UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIONEL P. CARREIRO,<br><br>Plaintiff,<br><br>v.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC. and UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 328, by and through their President, DAVID P. FLEMING and their Secretary/Treasurer, JAMES RILEY,<br><br>Defendants. | C.A. No. 07-158S |

**AFFIDAVIT OF STEVEN A. TURCHETTA**

Now comes the Affiant and first being duly sworn deposes and says that:

1. My name is Steven A. Turchetta, I reside in Smithfield, Rhode Island and am presently employed as store manager of the Stop & Shop Supermarket in Cumberland, Rhode Island.

2. I've been employed by Stop & Shop for about thirty-two years. I've worked in the Meat and Deli departments in bargaining unit positions represented by Local 328, UFCW, and in a number of supervisory and management positions in more recent years. I've been a store manager for about five years.

3. As the store manager of the Cumberland, Rhode Island store, it was part of my responsibility to be present at the grievance hearings which were held following the incident with Mr. Carreiro on September 13, 2006.

4. The first step grievance hearing was held on September 15, 2006. Present were myself, Mr. Carreiro and Local 328 Union Representative Mike Matias. I kept notes of the meeting and a copy is attached as Exhibit 3 to the Affidavit of Joel Boone.

5. The substance of the Step 1 hearing was that Mr. Carreiro admitted all the facts that had been alleged against him, namely that he had over-wrapped three packages of hot dogs for himself, that the hot dogs were out of code, that he marked them down for his own purchase, and that he directed a part-time employee under his supervision to write "OK Chris", on the label. It was also determined that Mr. Carreiro's personnel file contained two copies of the Employee Purchase Policy that had been signed by him at different times and that a copy of the Purchase Policy was posted near the time clock.

6. On October 6, 2006 a second-step grievance hearing was held at which I was present along with Mr. Carreiro, Mike Matias from Local 328 and Stop & Shop Associate Relations Specialist Glenn Hogan. Again, the Company representatives explained that termination was the unvarying penalty for such violations. A true copy of my report of that meeting is attached to Mr. Boone's Affidavit as Exhibit 4.

7. On October 16, 2006 a third step grievance hearing was held at which I was present along with Mr. Carreiro, two representatives of Local 328 (Mike Matias and Dominic Pontarelli) and Glenn Hogan and Bill Dickey from our Company's Associate Relations department. Neither Mr. Carreiro nor his representatives disputed the facts upon which the Company had determined that Carreiro's discharge was required. Company representatives stated that the policy and practice of discharging employees for such violations was clear, uniform and consistent. This fact was undisputed by anyone present. A true copy of my notes of the step 3 grievance hearing are attached to Mr. Boone's Affidavit as Exhibit 5. Copies of the two copies of the Employee Purchase Policy signed by Mr. Carreiro are also attached to Mr. Boone's Affidavit as part of Exhibit 1 and as Exhibit 6.

Signed under the pains and penalties of perjury this 12th day of October, 2007.

Steven A. Turchetta

State of Rhode Island
Providence, SC

Then personally appeared before me the said Steven A. Turchetta, who was satisfactorily identified, and made oath to the truth of the foregoing Affidavit.

Gordon P. Cleary
Notary Public, my commission expires 7/16/09

CERTIFICATE OF SERVICE

To:

Dennis J. Tente, Esq.
311 Doric Avenue
Cranston, RI 02910

Richard M. Peirce, Esq.
James A. Musgrave, Esq.
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street – 8th Floor
Providence, RI 02903-2808

Betsy Ehrenberg, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan
18 Tremont Street – Suite 500
Boston, MA 02108

Michael C. Lehane, Esq.
Thomas W. Colomb, Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive - Suite 410
P.O. Box 9126
Quincy, MA 02269-9126

I hereby certify that I electronically filed the within affidavit on October 15, 2007. The affidavit is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary