# EXHIBIT 2

Store Information

| Case Report # | OPCO | Store Number |
|---|---|---|
| First Name | Last Name | Date of Report |
| 06-52393 | Stop & Shop | 704 - Cumberland |
| Robert | Di Sano | 09/13/2006 |
| Detective ID | Incident Code | Date/Time of Incident |
| District # | Reported By | Job Title |
| Asset Protection - Detective | Company Policy Violation - Associate Related - A10 | 09/13/2006 04:00PM |
| District 6 | Robert Di Sano | Asset Protection Detective |

Subject 1 Information

| First Name | Last Name | Subject Address |
|---|---|---|
| Lionel | Carreiro | 30 Sayles Hill Rd., N. Smithfield, RI 02896 |

| Subject Phone # | DOB | SSN# | Drivers License/ Photo ID # | State |
|---|---|---|---|---|
| REDACTED [redacted] | 11/01/1955 | | | |

[redacted] REDACTED

Vehicle Make/Model

Vehicle License Plate
State/Number

Place of Employment (City) (State)

Work Phone #

Occupation

Stop&Shop Cumberland RI

401-722-3300

Full time Pool Cutter

Sex

Race

Age

Height

Weight

Hair Color

Male

Other

51

510

200

S/P

Eye Color

Clothing Description

Method of Detection

Disposition

Brown

Floor Observation

Terminated- Associate

Scars, Marks, or Tatoos?

Did Subject Possess a
Weapon?...If so, what type?

Subject 2 Information
First Name
Last Name

Subject Address

Kristen
Obrien

79 Jenks Ave, Central Falls, RI 02863

Subject Phone #
DOB

REDACTED

[redacted]

05/11/1974

SSN#

REDACTED

[redacted]

Dishonest Associate Information
Dishonest Associate?

Yes

Position

Meat Associate

Date of Hire

11/03/1994

Action Taken

Action Taken

Action Authorized By

Job Title

None (Other- explain in narrative)

Peter Marandola

Asset Protection Manager

Civil demand notice issued?

If criminal, provide Police Report Number

Police Officer

Police Department Information

No

Note: Minors (15 and under) and Senior Citizens (65 and over) should not receive a civil demand notice.

Witness Information

Witness Name

Witness Job Title

Witness Phone Number

Witness Address

1.) Steve Carbon

Perishable Manager (S&S)

401-722-3300

70 Mendon Rd., Cumberland, RI 02864

Merchandise Taken

| Total Quantity | Quantity not Recovered/not Resaleable | Item Name/Description | UPC | Price Each | Total |
|---|---|---|---|---|---|
| 1 | 1 | Snapper Franks/ 3.19Lb | 208999902200 | 2.20 | 2.20 |

Total Value of Items Taken

Total Value of Non-Recovered/Non-Resaleable Items

$2.20

$2.20

Add Additional Comments

Report

On 9/13/06 I Bob Di Sano Sr.Asset Protection Detective at approximetly 1600hrs,did a parcell check on our Pool Cutter Lionel Carreiro,after he purchased some meat items.After Lionel punched out for the day I told him,with Manager Steve Carbon as a Witness present,I needed to do a parcel check /receipt check on the products that he just purchased.Upon further inspection of the product there was a package of Hot Dogs that was out of code with yesterdays date on the package.There was a meat UPC price tag on it with todays date,marked $2.20.Lionel said that he personally wrapped and priced the product without authorization from any manager or the manager running the store.He had our Part-Time meat wrapper Kristen O'brien Write On The Price Tag,"O.K Kris" meaning that the markdown was o.k to do.Kristen is not a manager and is also not authorized to do so.So Lionel was Suspended pending termination for Violating the employee policy for markdowns and Kristen was suspended pending further investigation.Both were notified by Perishable Manager Steve Carbon of there suspention and told to contact the union.Case Pending.

This email message and any attachments are for the sole use of the intended recipient(s) and may contain information that is proprietary to Ahold and/or its subsidiaries ("Ahold") or otherwise confidential or legally privileged. If you have received this message in error, please notify the sender by reply, and delete all copies of this message and any attachments. If you are the intended recipient you may use the information contained in this message and any files attached to this message only as authorized by Ahold.
Files attached to this message may only be transmitted using secure systems and appropriate means of encryption, and must be secured using the same level of password and security protection with which the file was provided to you. Any unauthorized use, dissemination or disclosure of this message or its attachments is strictly prohibited.