# EXHIBIT 3

STOP & SHOP GIANT

## ASSOCIATE COUNSELING RECORD

Name:Lionel Carriero Date of Counseling:09/15/2006

Location and Department:Meat Dept. Date of Hire:06/02/1987

REDACTED

Social Security No. [redacted]

Names and Positions of All Attendees:

| Name | Position |
|---|---|
| Lionel Carriero | Full-Time Meat Cutter |
| Steven Turchetta | Store Manager |
| Mike Matias | Local 328 union rep. |
| | |
| | |

Specify Reason for Counseling Session:Violation of the Stop & Shop Supermarkets Co. Associate Purchase Policy

Explain the Facts in Detail and Provide Dates:

| Detailed Facts | Dates |
|---|---|
| At approximately 4 pm on 9/13/2006 Robert Di Sano ( LP) did a parcial check on Lioniel Carriero with Steve Carbone (NPM) as a witness after Lionel made a purchase at the registers. Lionel had overwrapped 3 packages of Marcello hot dogs into one package and reduced the retail price on them. The hot dogs went out of code on the 9/12/2006. Lionel took it upon himself to rewrap the hot hogs and reprice them using a miscellaneous meat label from the scale allowing him to insert a retail of his choice. Upon completing this reduction he had a part time meat clerk write on the package "Ok Kris". Kristen is not authorized to reduce or markdown any products without the aproval or authorization from Store management. Lionel is suspended pending termination for violation of company purchase policy. At this time the Company's position was not to reinstate Lionel based on violation of the Stop & Shop's employee purchase policy. The Union opted a second step meeting with ARS Glenn Hogan at a time to be determine by all parties involved. | |
| A copy of the employee purchase policy that was posted at the employee time clock is attached<br>Two signed copies of the Employee purchase policy acknowledgment form from Lionel's personel file are attached.<br>A copy of the Loss prevention incident report is attached. | |
| | |
| | |
| | |
| | |

Indicate Associate's Prior Counseling Record and Provide Dates:

| Prior Counseling | Dates |
|---|---|
| | |
| | |
| | |
| | |
| | |

Explain the Plan of Action in Detail:

A.) Immediate Action:

B.) Continuing Action:

Failure to correct this situation will result in:Click here to see choices

Follow-Up Date:

Distribution: Associate's Location/Department File/ Associate

**Associate Comments:** ______________________________

______________________________

**Associate's Signature:** ______________________________

**Signature is an acknowledgement that this matter was discussed and does not indicate agreement.**

**Manager / Supervisor Signature:** ______________________________

**Attachments:** ☒YES ☐NO

**Other Comments:**

**Form# 73-3155**

## ASSOCIATE PURCHASE POLICY

1. Associates must make their purchase on their time only – at the end of their shift providing the store is still open for business.
2. Associate purchases and/or packages can be inspected by the Store Manager, security personnel, any member of management, or any Department Manager designated by the Store Manager.
3. Associates must purchase and have a receipt for any store merchandise that is to be consumed or used in the store.
4. The Company is committed to 100% price accuracy for its customers. Associates who learn of pricing errors are required to bring them to the attention of store management immediately. Associates may not knowingly take advantage of pricing errors.
5. Reduced merchandise is only to be purchased after it is put on display for the general public.
6. All associates are required to pay for the merchandise at the full retail price in effect the day it is purchased.
7. All purchases must be accompanied by a sales receipt.
8. An associate may use their Stop & Shop card for their own purchases; they are not permitted to use their personal card for customers.
9. Once a purchase is paid for, it must be taken out of the store immediately and not brought back into the store unless the purchase is to be consumed or used in the store.
10. Associates are not permitted to hold, or have held, any merchandise for later purchase.
11. Merchandise must remain on the selling counter until it is purchased.
12. Unsaleable merchandise, including broken packages and out-of-code product, is not to be taken, used or eaten.
13. Associates are not permitted to wait on themselves, their relatives or their friends.
14. Associates may have a joint Stop & Shop card account with a spouse, parent, or child for their personal shopping.
15. Each item purchased at the deli must be wrapped and priced individually.
16. Special orders or other meat and produce items which are not purchased from the case should be wrapped as regular items, sealed, price marked and initialed by the appropriate Department Head or the person in charge of the department.
17. All Department Head purchases must be signed by the Store Manager.
18. Associate merchandise refunds must be handled by the Store Manager.

**FAILURE TO FOLLOW THE ASSOCIATE PURCHASE POLICY MAY RESULT IN DISCIPLINARY ACTION, UP TO AND INCLUDING TERMINATION OF EMPLOYMENT.**

## PRODUCT IN-STORE SAMPLING POLICY

Sampling of product in Stop & Shop stores takes place for three purposes: quality control, associate knowledge of new products and to improve customer sales.

Sampling is encouraged in our stores; however, we must have accountability for all products and we must achieve results for the cost of using products for sampling by customers and/or associates.

The following sampling procedure must be reviewed by all associates. This procedure pertains to in-store product sampling only. Authorized vendor demonstrations are not covered by this policy.

**Quality Control**

1. The Store Manager, designate (Perishable Managers, Department Head), or the Quality Control Store Inspector may sample a limited quantity of product to determine if the product is saleable. Associates who question if a product is saleable must involve Store Management in the evaluation.
2. Decisions to reduce product for sale or discard must be approved by a member of Store Management.

**Associate Product Knowledge and Customer Sampling**

1. Product to be sampled must be approved by the Store Manager or designate (Perishable Manager, Department

# EMPLOYEE PURCHASE POLICY

1. You must make all of your purchases at the employee register. This register is identified by a Stop & Shop Logo card. Your Store Manager will show this to you.

2. Make your purchases on your time only - at the end of your shift providing the store is still open for business.

3. Your purchases and/or packages can be inspected by the store manager, security personnel, any member of management, or any department manager designated by the Store Manager.

4. You must purchase and have a receipt for any store merchandise to be eaten or used in the store before you eat or use it.

5. Reduced merchandise is only to be purchased after it is put on display for the general public.

6. All employees are required to pay for the merchandise at the full retail price effective the day it is purchased.

7. All purchases must be accompanied by a sales receipt.

8. Once you register and pay for your purchases take them out of the store immediately and do not bring them back into the store.

9. You are not permitted to hold, or have held any merchandise for later sale. Obtain what you want when you are going to pay for it. Merchandise must remain on the selling counter until this time.

10. Unsaleable merchandise, including broken packages and out-of-code, is not to be taken, used, or eaten.

11. You are not permitted to wait upon yourself or your relatives and friends.

12. Each item purchased at the Deli must be wrapped and priced individually.

13. Special orders, or other meat and produce items, which are not purchased from the case, should be wrapped as regular items, sealed, price marked, and initialed by the appropriate department head, or the person in charge of the department. All department head purchases must be signed by the Store Manager.

14. Any merchandise refunds you might have are to be handled by the Store Manager.

FAILURE TO FOLLOW THIS EMPLOYEE PURCHASE POLICY WILL RESULT IN DISMISSAL.

I have read and understand the above.
Store 708 Date
Store Manager [signature] Employee Signature [signature: Lionel P. Carreiro]

EMPLOYEE PURCHASE POLICY

1. All employee purchases must be rung through the employee register. This register is identified by a Stop & Shop logo card. Your Store Manager will show this to you.

2. Purchases must be made on employee's time only, at the completion of the employee's work day, providing the store is still open for business.

3. All employee purchases and/or packages are subject to inspection by the Store Manager, security personnel or any member of management designated by the Store Manager.

4. Merchandise must remain on the selling counter until such time as the employee is able to immediately purchase the desired merchandise.

5. Reduced merchandise is only to be purchased after it is put on display for the general public.

6. All employees are required to pay for the merchandise at the full retail price effective the day it is purchased.

7. All purchases must be accompanied by a sales receipt.

8. Employee purchases, once registered and paid for, are to be taken out of the store immediately and not brought back into the store.

9. Merchandise to be eaten or used on the premises must be accompanied by a register receipt prior to being eaten or used. At no time will merchandise be kept in an employee's locker unless the register receipt is attached to the item.

10. Unsaleable merchandise, including broken packages and out-of-code, is not to be taken, used or eaten.

11. Employees are not permitted to wait upon themselves or their relatives and friends.

12. Each item purchased at the Deli must be wrapped and priced individually.

13. Special orders, or other meat/produce items, which are not purchased from the case, should be wrapped as regular items, sealed, price marked and initialed by the appropriate department head or the person in charge of the department. All department head purchases must be signed by the Store Manager.

14. All merchandise refunds by employees are to be handled by the Store Management.

FAILURE TO COMPLY WITH THE EMPLOYEE PURCHASE POLICY WILL RESULT IN DISMISSAL.

I have read and understand the above.

Store #________ Employee Signature: Leonel P. Carreiro

Store Manager: ________________ Date: June 2, 1987

8/84

**Store MGR0704/STOPANDSHOP/SS-STORES**

04/24/2007 10:31 AM

To Glenn Hogan/STOPANDSHOP/US/Ahold@Ahold
cc
bcc
Subject Fw: Lionel Carriero

----- Forwarded by Store MGR0704/STOPANDSHOP/SS-STORES on 04/24/2007 10:30 AM -----

**Store MGR0704/STOPANDSHOP/SS-STORES**

04/13/2007 03:30 PM

To Glenn Hogan/STOPANDSHOP/US/Ahold
cc
Subject Lionel Carriero

| **Store Information** | | | | |
|---|---|---|---|---|
| Case Report # | OPCO | Store Number | First Name | Last Name |
| 06-52393 | Stop & Shop | 704 - Cumberland | Robert | Di Sano |
| Detective ID | Incident Code | Date/Time of Incident | District # | Reported By |
| Asset Protection - Detective | Company Policy Violation - Associate Related - A10 | 09/13/2006 04:00PM | District 6 | Robert Di Sano |

| **Subject 1 Information** | | |
|---|---|---|
| First Name | Last Name | Subject Address |
| Lionel | Carreiro | 30 Sayles Hill Rd., N. Smithfield, RI 02896 |

REDACTED

| Subject Phone # | DOB | SSN# | Drivers License/ Photo ID # | State |
|---|---|---|---|---|
| [redacted] | 11/01/1955 | [redacted] | | |

| Vehicle Make/Model | Vehicle License Plate State/Number |
|---|---|
| | |

| Place of Employment (City) (State) | Work Phone # | Occupation |
|---|---|---|
| Stop&Shop Cumberland RI | 401-722-3300 | Full time Pool Cutter |

| Sex | Race | Age | Height | Weight | Hair C |
|---|---|---|---|---|---|
| Male | Other | 51 | 510 | 200 | S/P |

| Eye Color | Clothing Description | Method of Detection | Disposition |
|---|---|---|---|
| Brown | | Floor Observation | Terminated- Associate |

| Scars, Marks, or Tatoos? | Did Subject Possess a Weapon?...If so, what type? |
|---|---|
| | |

| Subject 2 Information | | |
|---|---|---|
| First Name | Last Name | Subject Address |
| Kristen | Obrien | 79 Jenks Ave, Central Falls, RI 02863 |
| Subject Phone # | DOB | SSN# |
| [redacted] | 05/11/1974 | [redacted] |

REDACTED

| Dishonest Associate Information | | | | |
|---|---|---|---|---|
| Dishonest Associate? | | Position | | |
| Yes | | Meat Associate | | |

| Action Taken | | | | |
|---|---|---|---|---|
| Action Taken | | Action Authorized By | | Job Tit |
| None (Other- explain in narrative) | | Peter Marandola | | Asset I |
| Civil demand notice issued? | | If criminal, provide Police Report Number | | Police |
| No | | | | |

**Note:** Minors (15 and under) and Senior Citizens (65 and over) should not receive a civil demand notice.

**Witness Information**

| Witness Name | Witness Job Title | Witness Phone Number | Witness Address |
|---|---|---|---|
| 1.) Steve Carbon | Perishable Manager (S&S) | 401-722-3300 | 70 Mendon Rd., Cumberland, RI 02864 |
| | | | |
| | | | |

**Merchandise Taken**

| Total Quantity | Quantity not Recovered/not Resaleable | Item Name/Description | UPC | Price Each | Total |
|---|---|---|---|---|---|
| 1 | 1 | Snapper Franks/ 3.19Lb | 208999902200 | 2.20 | 2.20 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Value of Items Taken | | | Total Value of Non-Recovered/Non-Resaleable Items | | |
| $2.20 | | | $2.20 | | |

**Add Additional Comments**

Report

On 9/13/06 I Bob Di Sano Sr.Asset Protection Detective at approximetly 1600hrs,did a parcell check on our Pool Cutter Lionel Carreiro,after he purchased some meat items.After Lionel punched out for the day I told him,with Manager Steve Carbon as a Witness present,I needed to do a parcel check /receipt check on the products that he just purchased.Upon further inspection of the product there was a package of Hot Dogs that was out of code with yesterdays date on the package.There was a meat UPC price tag on it with todays date,marked $2.20.Lionel said that he personally wrapped and priced the product without authorization from any manager or the manager running the store.He had our Part-Time meat wrapper Kristen O'brien Write On The Price Tag,"O.K Kris" meaning that the markdown was o.k to do.Kristen is not a manager and is also not authorized to do so.So Lionel was Suspended pending termination for Violating the employee policy for markdowns and Kristen was suspended pending further investigation.Both were notified by Perishable Manager Steve Carbon of there suspention and told to contact the union.Case Pending.