# EXHIBIT 4

STOP & SHOP GIANT

# ASSOCIATE COUNSELING RECORD

**Name:** Lionel Carriero **Date of Counseling:** 10/06/2007

**Location and Department:** Meat Dept. **Date of Hire:** 06/02/1987

**Social Security No.** [redacted]

REDACTED

**Names and Positions of All Attendees:**

| Name | Position |
|---|---|
| Lionel Carriero | Full-Time Meat Cutter |
| Glenn Hogan | ARS- Stop & Shop Supermarkets Co. |
| Mike Matias | Local 328 union rep. |
| Steven Turchetta | Store Manager |
| | |

**Specify Reason for Counseling Session:** Violation of Company Purchase Policy

**Explain the Facts in Detail and Provide Dates:**

| Detailed Facts | Dates |
|---|---|
| A second step meeting was held today with all attendees listed above at store #704 for Lionel Carriero. As a recap, Lionel was suspended pending termination, for violation of the Stop & Shop Supermarkets Co. Associate Purchase Policy. At this meeting today Lionel admitted to rewrapping and reducing the product for his own purchase. Lionel expressed that he was not aware of the associate purchase policy although there were two signed acknowledgement forms in Lionel's personel form. Lionel was shown the two copies of the purchase policy that he had signed. Lionel stated that the company should review the purchase policy each year with the associates. Lionel had no recollection of signing the purchase policy. Lionel did acknowledge that he was not to wait on himself, but he did not think he was doing anything wrong by doing what he did. Glenn Hogan explained there is a consistant practice by the company that all violations of company policy result in termination. With Lionel admitting to what he had done along with the signed copies of the associate purchase policy in his file, the decision of termination was made. Glenn Hogan explained to both Lionel and the Union rep. the decision of Stop & Shop was that the Company is not willing to reinstate Lionel and was looking to terminate him for violation of the associate purchase policy. | |
| At this time the union wanted to take this to a third step meeting. This meeting will be held at a later date and time. | |
| | |
| | |
| | |

**Indicate Associate's Prior Counseling Record and Provide Dates:**

| Prior Counseling | Dates |
|---|---|
| | |
| | |
| | |
| | |
| | |

**Explain the Plan of Action in Detail:**

**A.) Immediate Action:**

**B.) Continuing Action:**

**Failure to correct this situation will result in:** Click here to see choices

Distribution: Associate's Location/Department File/ Associate

**Follow-Up Date:**

**Associate Comments:** ______________________________________________

______________________________________________

**Associate's Signature:** ______________________

**Signature is an acknowledgement that this matter was discussed and does not indicate agreement.**

**Manager / Supervisor Signature:** ______________________

**Attachments:** ☐YES ☒NO

**Other Comments:**

**Form# 73-3155**

Distribution: Associate's Location/Department File/ Associate