# EXHIBIT 5

STOP & SHOP GIANT

# ASSOCIATE COUNSELING RECORD

Name: Lionel Carriero  Date of Counseling: 10/16/2006

Location and Department: Meat Dept.  Date of Hire: 06/02/1987

Social Security No. [redacted]

REDACTED

Names and Positions of All Attendees:

| Name | Position |
|---|---|
| Lionel Carriero | Full-Time Meat Cutter |
| Steven Turchetta | Store Manager |
| Glenn Hogan<br>Bill Dickey | ARS-Stop & Shop Supermarkets Co.<br>ARS-Stop & Shop Supermarkets Co. |
| Mike Matias | Local 328 union rep. |
| Domenic Pontarelli | Local 328 union rep. |

Specify Reason for Counseling Session: Violation of Associate Purchase Policy

Explain the Facts in Detail and Provide Dates:

| Detailed Facts | Dates |
|---|---|
| A third step meeting was held today to discuss the suspension of Lionel Carriero for Violation of Associate Purchase Policy. All attendees named above were present today at the meeting at store # 704. Bill Dickey explained to Lionel the Company's position that there is zero tolerance for violation of company policy and it is a consistant practice that all violations of company policy result in termination. Bill explained to Lionel that rewrapped out of code product and repriced it at a lower retail for his benefit is a direct violation of company policy. | |
| Bill Dickey explained to Lionel and the Union Representatives what was discussed at the second step meeting. Bill then reiterated the Stop & Shop Supermarkets Co. Associate Purchase Policy to Lionel and confirmed the fact that there were two signed copies of the associate purchase policy in his personal file | |
| At this point of the meeting the union representatives explained to Lionel that it is consistant practice that violation of the associate purchase policy results in termination. They also explained to Lionel that the Company's position of termination would be upheld. | |
| | |
| | |

Indicate Associate's Prior Counseling Record and Provide Dates:

| Prior Counseling | Dates |
|---|---|
| | |
| | |
| | |
| | |
| | |

Explain the Plan of Action in Detail:

A.) Immediate Action:

B.) Continuing Action:

Failure to correct this situation will result in: Click here to see choices

Follow-Up Date:

Associate Comments: ______________________________

______________________________

Distribution: Associate's Location/Department File/ Associate

**Associate's Signature:** ______________________________

**Signature is an acknowledgement that this matter was discussed and does not indicate agreement.**

**Manager / Supervisor Signature:** ______________________________

**Attachments:** ☐**YES** ☐**NO**

**Other Comments:**

**Form# 73-3155**