# EXHIBIT 6

EMPLOYEE PURCHASE POLICY

1. You must make all of your purchases at the employee register. This register is identified by a Stop & Shop Logo card. Your Store Manager will show this to you.

2. Make your purchases on your time only - at the end of your shift providing the store is still open for business.

3. Your purchases and/or packages can be inspected by the store manager, security personnel, any member of management, or any department manager designated by the Store Manager.

4. You must purchase and have a receipt for any store merchandise to be eaten or used in the store before you eat or use it.

5. Reduced merchandise is only to be purchased after it is put on display for the general public.

6. All employees are required to pay for the merchandise at the full retail price effective the day it is purchased.

7. All purchases must be accompanied by a sales receipt.

8. Once you register and pay for your purchases take them out of the store immediately and do not bring them back into the store.

9. You are not permitted to hold, or have held any merchandise for later sale. Obtain what you want when you are going to pay for it. Merchandise must remain on the selling counter until this time.

10. Unsaleable merchandise, including broken packages and out-of-code, is not to be taken, used, or eaten.

11. You are not permitted to wait upon yourself or your relatives and friends.

12. Each item purchased at the Deli must be wrapped and priced individually.

13. Special orders, or other meat and produce items, which are not purchased from the case, should be wrapped as regular items, sealed, price marked, and initialed by the appropriate department head, or the person in charge of the department. All department head purchases must be signed by the Store Manager.

14. Any merchandise refunds you might have are to be handled by the Store Manager.

FAILURE TO FOLLOW THIS EMPLOYEE PURCHASE POLICY WILL RESULT IN DISMISSAL.

I have read and understand the above.
Store 708 Date
Store Manager [signature] Employee Signature Lionel P. Carreiro

# EMPLOYEE PURCHASE POLICY

1. All employee purchases must be rung through the employee register. This register is identified by a Stop & Shop logo card. Your Store Manager will show this to you.

2. Purchases must be made on employee's time only, at the completion of the employee's work day, providing the store is still open for business.

3. All employee purchases and/or packages are subject to inspection by the Store Manager, security personnel or any member of management designated by the Store Manager.

4. Merchandise must remain on the selling counter until such time as the employee is able to immediately purchase the desired merchandise.

5. Reduced merchandise is only to be purchased after it is put on display for the general public.

6. All employees are required to pay for the merchandise at the full retail price effective the day it is purchased.

7. All purchases must be accompanied by a sales receipt.

8. Employee purchases, once registered and paid for, are to be taken out of the store immediately and not brought back into the store.

9. Merchandise to be eaten or used on the premises must be accompanied by a register receipt prior to being eaten or used. At no time will merchandise be kept in an employee's locker unless the register receipt is attached to the item.

10. Unsaleable merchandise, including broken packages and out-of-code, is not to be taken, used or eaten.

11. Employees are not permitted to wait upon themselves or their relatives and friends.

12. Each item purchased at the Deli must be wrapped and priced individually.

13. Special orders, or other meat/produce items, which are not purchased from the case, should be wrapped as regular items, sealed, price marked and initialed by the appropriate department head or the person in charge of the department. All department head purchases must be signed by the Store Manager.

14. All merchandise refunds by employees are to be handled by the Store Management.

FAILURE TO COMPLY WITH THE EMPLOYEE PURCHASE POLICY WILL RESULT IN DISMISSAL.

I have read and understand the above.

Store #________ Employee Signature: Leonel P. Carreiro

Store Manager: ________________ Date: June 2, 1987

8/84