**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LIONEL CARREIRO,<br><br>Plaintiff,<br><br>vs.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC, and UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 328,<br><br>Defendants. | **Docket No.: 07-158**<br><br>**MOTION OF DEFENDANT UNITED FOOD & COMMERCIAL WORKERS LOCAL 328 FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

Defendant United Food and Commercial Workers Union Local 328 ("Local 328"), by its attorneys, respectfully moves for an extension of time of thirty (30) days, to November 14, 2007, to file its motion for summary judgment in the above matter. As reasons therefor, Local 328 states the following:

1. This is an action brought by the Plaintiff, Lionel Carreiro, against his former employer, The Stop & Shop Company, LLC, and former union, Local 328, for termination of employment without just cause in violation of the collective bargaining agreement between the Defendants, and for breach of the duty of fair representation against Local 328.

2. Discovery in this matter closed on October 1, 2007.

3. Since September 27, 2007, counsel for Local 328 has been engaged in preparing and appearing for seven scheduled days of hearing in two matters – a multi-day arbitration of three employment claims in the matter of *Sheila Cunningham v. St. Paul Travelers, Inc.*, AAA No. 12-160-00618-05, and a labor arbitration in the matter of *1199SEIU and Windsor Nursing Home* (Termination of Louis), administered by The Labor Relations Connection, East Sandwich, MA.

4. On October 22, 2007, counsel for Local 328 is scheduled to begin a jury trial in Middlesex Superior Court, in the matter of *McLaughlin v. City of Lowell, et al.*, C. A. No. MICV2004-02143; trial is expected to last 1½ -2 weeks.

5. As a consequence of the above obligations, counsel for Local 328 has not been able to complete her motion for summary judgment on behalf of Local 328. She expects to be able to do so within two weeks of the conclusion of her jury trial.

6. The discovery period has revealed no facts in dispute and the case is appropriate for determination at summary judgment.

7. Counsel for Plaintiff and for co-Defendant Stop & Shop assent to this request.

WHEREFOR, Defendant Local 328 respectfully requests that this Court grant its request for an extension of time of thirty days, to November 14, 2007, to file its Motion For Summary Judgment.

Respectfully submitted,

UNITED FOOD & COMMERCIAL
WORKERS UNION LOCAL 328,

Defendant,
By its attorneys,

/s/Betsy Ehrenberg
Betsy Ehrenberg, Mass. BBO #554628
*Pyle, Rome, Lichten, Ehrenberg*
*& Liss-Riordan, PC*
18 Tremont Street, Suite 500
Boston, MA 02108
617-367-7200
617-367-4820 (fax)

Dated: October 15, 2007

***Certificate of Service***

I hereby certify that on October 15, 2007, I caused a copy of this Motion to be served by telecopier and first class mail, postage pre-paid, on Dennis J. Tente, Esquire, Coletti & Tente, 311 Doric Avenue, Cranston, RI 02910; and by electronic and first class mail on Thomas W. Colomb, Esquire, Murphy, Hesse, Toomey & Lehane, World Trade Center East, Two Seaport Lane, Boston, MA 02210; Gordon P. Cleary, Esquire, Vetter & White, 20 Washington Place, Providence, RI 02903; and Richard M. Peirce, Esquire, Roberts, Carroll, Feldstein & Peirce, Ten Weybosset Street, Eighth Floor, Providence, RI 02903.

/s/Betsy Ehrenberg
Betsy Ehrenberg