**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LIONEL P. CARREIRO<br>Plaintiff<br><br>VS.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC and UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 328, by and through their President, DAVID P. FLEMING, and their Secretary/Treasurer, JAMES RILEY<br>Defendants | ) | C.A. NO. 07-158S<br><br>**MOTION OF PLAINTIFF, LIONEL P. CARREIRO, FOR EXTENSION OF TIME TO FILE OBJECTION TO MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, LIONEL P. CARREIRO, respectfully moves for an extension of time to file its Objection to the Motion for Summary Judgment filed by Defendant, THE STOP & SHOP SUPERMARKET COMPANY, LLC. As reasons therefor, Plaintiff submits:

1. Discovery in this matter closed on October 1, 2007.

2. Initial disclosures were forwarded to the Plaintiff from Defendant, UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 328, on October 1, 2007 and by Defendant, THE STOP & SHOP SUPERMARKET COMPANY, LLC, on October 3, 2007.

3. Subsequent thereto, Plaintiff received a Motion of Defendant, UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 328, for extension of time to file its Motion for Summary Judgment.

4. The Motion for Summary Judgment by Defendant, THE STOP & SHOP SUPERMARKET COMPANY, LLC, with supporting documentation including its Memorandum of Law, its Statement of Undisputed Facts and Affidavits of two (2) employees were forwarded to the Plaintiff on October 15, 2007. Defendant, THE STOP & SHOP SUPERMARKET COMPANY, LLC, further requested oral argument in support of its Motion for Summary Judgment.

5. On October 22, 2007, Plaintiff received a copy of a request to this Honorable

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130

Court from the Defendant, THE STOP & SHOP SUPERMAKRET COMPANY, LLC, requesting that a settlement conference scheduled for October 25, 2007 at 2:00 p.m. be held in abeyance pending the Court's ruling on Summary Judgment Motions of both Defendants. Counsel had met with the Plaintiff on October 15, 2007 in order to review all disclosures by the Defendants, as well as prepare for the settlement conference. Just subsequent thereto, counsel received the Summary Judgment Motion by the Defendant, THE STOP & SHOP SUPERMARKET COMPANY, LLC.

6. In her Motion for Extension of Time in Paragraph 6, counsel for Defendant, UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 328, has indicated that the discovery period revealed no facts in dispute and that the case was appropriate for determination at summary judgment.

7. Plaintiff avers that there are facts in dispute in this matter as recently revealed in the parties' disclosures, and he is in need of additional time to complete Affidavits as well as a Statement of Disputed Facts.

8. Defendant, UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 328, has been granted up to and including November 14, 2007 to file its Motion for Summary Judgment. Plaintiff would request that he be allowed to consolidate his Objection to both of the Defendants' Summary Judgment Motions and that the Objection along with all accompanying documentation be due to the Court on November 27, 2007, the Tuesday subsequent to the Thanksgiving weekend.

**WHEREFORE,** Plaintiff, LIONEL P. CARREIRO, respectfully requests that this Court grant his request for an extension of time to November 27, 2007 in order to file his Objections to the Motions for Summary Judgment filed by both Defendants.

Respectfully submitted,
LIONEL P. CARREIRO
By his Attorney,

Dennis J. Tente

DENNIS J. TENTE, ESQ. #1949
**COLETTI & TENTE**
311 Doric Ave.
Cranston, RI 02910
941-4050
941-2130 (FAX)

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130

**CERTIFICATION**

I hereby certify that true copies of the within Motion of Plaintiff, LIONEL P. CARREIRO, for Extension of time to File Objection to Motion for Summary Judgment were sent to Thomas W. Colomb, Esq., **MURPHY, HESSE, TOOMEY & LEHANE, LLP**, 300 Crown Colony Dr., Suite 410, P. O. Box 9126, Quincy, MA 02269-9126, Gordon P. Cleary, Esq., **VETTER & WHITE**, 20 Washington Pl, Providence, RI 02903, Betsy Ehrenberg, Esq., **PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**, 18 Tremont St., Suite 500, Boston, MA 02108, and Richard M. Peirce, Esq., **ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC.**, 10 Weybosset St., 8th Fl., Providence, RI 02903-2808, via facsimile and by regular mail, postage prepaid, this 23rd day of October, 2007.

Joanne Catanzaro

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130