**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

LIONEL CARREIRO,

Plaintiff,

vs.

THE STOP & SHOP SUPERMARKET COMPANY, LLC, and UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 328,

Defendants.

**Docket No.: 07-158-S**

**MOTION OF DEFENDANT UNITED FOOD & COMMERCIAL WORKERS LOCAL 328 FOR ADDITIONAL TWO DAYS TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant United Food and Commercial Workers Union Local 328 ("Local 328"), by its attorneys, respectfully moves for an additional two days, to November 16, 2007, to file its motion for summary judgment in the above matter. As reasons therefor, Local 328 states the following:

1. This is an action brought by the Plaintiff, Lionel Carreiro, against his former employer, The Stop & Shop Company, LLC, and former union, Local 328, for termination of employment without just cause in violation of the collective bargaining agreement between the Defendants, and for breach of the duty of fair representation against Local 328.

2. Discovery in this matter closed on October 1, 2007.

3. On October 15, 2007, Defendant Stop & Shop filed a Motion for Summary Judgment and supporting materials.

4. On October 16, 2007, this Court granted Defendant Local 328's Motion To Extend the Time to submit its summary judgment motion until Wednesday, November 14, 2007.

5. On or about October 17, 2007, the jury trial counsel for Local 328 was scheduled to begin on October 22 was put over until October 29, 2007; on or about October 24, 2007, the trial was further postponed by the Massachusetts Superior Court for Middlesex County until a date in 2008.

6. On October 25, 2007, all parties and their respective counsel attended a Settlement Conference before Magistrate Judge Robert W. Lovegreen. The parties did not resolve the case.

7. Since the unsuccessful settlement conference, counsel has worked diligently to prepare Local 328's summary judgment motion and supporting affidavits and memorandum of law. Illness in counsel's family, however, has required that counsel spend considerable time away from work over the last two weeks.

8. Counsel now requires an additional two days to finish preparing the affidavits and exhibits supporting Local 328's summary judgment motion and reviewing them with her client.

9. Counsel for Plaintiff and for co-Defendant Stop & Shop have been advised of the filing of this motion by voice mail and by delivery as set forth in the certificate of service below.

WHEREFOR, Defendant Local 328 respectfully requests that this Court grant its request for a further extension of time of two days, to November 16, 2007, to file its Motion For Summary Judgment.

Respectfully submitted,

UNITED FOOD & COMMERCIAL
WORKERS UNION LOCAL 328,

Defendant,
By its attorneys,

/s/Richard M. Peirce
Richard M. Peirce, No. 0564
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
401-521-7000

/s/Betsy Ehrenberg
Betsy Ehrenberg (Admitted *Pro Hac Vice*)
*Pyle, Rome, Lichten, Ehrenberg*
*& Liss-Riordan, PC*
18 Tremont Street, Suite 500
Boston, MA 02108
617-367-7200
617-367-4820 (fax)

Dated: November 13, 2007

*Certificate of Service*

To:

Dennis J. Tente, Esquire
Coletti & Tente
311 Doric Avenue
Cranston, RI 02910
(By Telecopier and 1st Class Mail, postage pre-paid)

Gordon P. Cleary, Esquire
Vetter & White
20 Washington Place
Providence, RI 02903
(By Electronic Mail)

Michael C. Lehane, Esquire
Thomas W. Colomb, Esquire
Murphy, Hesse, Toomey & Lehane
World Trade Center East
Two Seaport Lane
Boston, MA 02210
(By Electronic Mail)

Betsy Ehrenberg, Esquire
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC
18 Tremont Street, Suite 500
Boston, MA 02108
(By Electronic Mail)

I hereby certify that on November 13, 2007, I caused the above Motion to be electronically filed. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. A copy of this Motion will be served on the above counsel of record by telecopier and first class mail, postage pre-paid, and by electronic mail, as specified above.

/s/Richard M. Peirce
Richard M. Peirce