# BYLAWS

of

United Food and Commercial Workers Union
Local No. 328

A VOICE FOR WORKING AMERICA
UFCW Local No. 328

GCIU 782-M

## ARTICLE 15

### Appeals of Members from Local Union's Disposition of Grievances

Section A. The Local Union shall have the exclusive authority to interpret and enforce the collective bargaining contract. In accordance therewith, the Local Union shall have the exclusive authority to submit grievances to arbitration, withdraw grievances, settle and compromise grievances, and decline to invoke the grievance procedures of the collective bargaining contract. The President, or his or her designated representative, shall make the decision as to whether a grievance is to be submitted to arbitration.

Section B. Any member who disagrees with the disposition of his or her grievance by the Local Union President, or the President's designated representative, shall have the right to appeal the decision to the Local Union Executive Board. The appeal shall be submitted, in writing, to the office of the Local Union and shall contain a simple statement of the nature of the grievance and any other matter the member wishes to bring to the attention of the Executive Board.

Section C. The member shall submit the appeal within 15 days from the date the member is first advised of the Local Union's disposition of the member's grievance.

Section D. The Local Union Executive Board shall consider the appeal at the next regular meeting of the Executive Board. The Executive Board shall treat the appeal as either a request for a review or a request for reconsideration.

Section E. The Executive Board shall advise the member of its decision within 30 days from the date of its meeting. There shall be no further appeal from the decision of the Executive Board.

Section F. Any member who does not appeal the Local Union's disposition of the member's grievance as provided above shall be deemed to have acquiesced in said disposition.

## ARTICLE 16

## Agreements, Bylaws and Constitution

Every member, upon request, shall be given a copy of the collective bargaining contract executed between the Local Union and the member's employer, a copy of these bylaws, and/or a copy of the International Constitution.

## ARTICLE 17

## Amendments to Bylaws

Section A. Proposals to adopt or amend these bylaws shall (1) be signed and submitted to the Executive Board by 20 percent of the membership, provided that, if the Local Union's membership is greater than 2,000, the signatures of 10 percent of the membership or 400 members, whichever is greater, shall be required, or (2) be proposed by the Executive Board. The Executive Board shall make a recommendation on amendments submitted to it not later than 90 days after they are submitted. Notice of such amendment, containing the Executive Board's recommendation thereon and the date, time and location of the membership meeting at which the amendment will be voted upon shall be mailed to each member at least 15 days prior to such meeting. The text of the amendment and the Executive Board's recommendation shall be read or distributed to the membership at such meeting prior to voting.

Section B. Amendments shall be adopted by a two-thirds majority vote of active members voting. At the discretion of the Local Union Executive Board, the vote may