LIONEL P. CARREIRO

OCT 25 2006

FILE COPY

October 23, 2006

David Fleming
278 Silver Spring Street
Providence, RI 02904

Dear Mr. Fleming,

I am writing to you In regards to inform you I have decided to proceed with the arbitration procedure as stated in " Section 2 page 31" in the Agreement Book with Stop and Shop.

I have been employed by the Stop and Shop Company for 19 years and have been a 328 member throughout that time. If the union is not able to afford me with representation I am prepared to provide myself with the proper representation.

Article 29 Section 2 states the arbitration procedure that in the event the company and the union are unable to come to settle a grievance, the representative of the union the grievance shall be referred to the American Arbitration Association. After the union has filed such a demand for arbitration but prior commencing arbitration, the parties may engage in voluntary and nonbinding grievance mediation under the auspices of the FMCS.

I'm looking forward to working with 328 for a more suitable result.

Regards,

Lionel P. Carreiro