PRESIDENT: D. FLEMING

SEC-TREAS: J. RILEY Excused

RECORDER: E. JORDAN

**VICE PRESIDENTS:**

R. COLLINS

P. DORCHESTER

B. DUNAYESKI

C. DURFEE

S. GRENIER

T. HUTCHINSON

L. IMONDI

R. LEMIEUX

T. LITCHMAN

K. MEDEIROS

T. MELIA

R. POIRIER

D. PONTARELLI

J. RENZI

B. SHOUGHROW

J. SNARSKY

R. WRIGHT

D. YARBOUGH

**STAFF:**

C. BUSHEE

B. CERRATO

C. GONZALEZ

M. MATIAS

B. SANTINO