COPY !

TOP SECRET

UFCW
a VOICE for working America

Mike

November 16, 2006

Mr. Lionel P. Carreiro
30 Sayles Hill Road
N. Smithfield, RI 02896

Dear Lionel,

After lengthy deliberation and based on the facts as presented to the Local 328 Executive Board at the meeting held on November 6, 2006 the members of the board voted unanimously to deny any further action in regard to your grievance. It is the opinion of the board members that the facts relating to this matter do not qualify this case for arbitration.

We regret that circumstances have resulted in your employment being terminated and wish you well in all future endeavors.

Sincerely,

UFCW Local 328

David P. Fleming

Mr. David P. Fleming
President

DPF/gmo

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

000019

DAVID P. FLEMING
*President*
782-M

United Food & Commercial Workers Union, Local No. 328
278 Silver Spring Street
Providence, Rhode Island 02904-2593
www.ufcw328.org
401-861-0300
1-800-624-7776 (Toll-Free)
401-331-7965 (Fax No.)