December 2003

# Is it Worth the Loss of Your Job?

It's important that every member understand store policies regarding purchases. Don't forget:

1. A register receipt must accompany any item purchased for your consumption, before it is consumed.

2. Cashiers should take extra caution when handling coupons. Never exchange coupons for cash in your drawer.

3. Familiarize yourself with your company's policy on ringing up purchases for members of your family. The best advice for family members is to check out at a register other than yours.

4. When it comes to violations of employee purchases, your union representative is limited in what he or she can do on your behalf. Ask yourself, is the product you are about to consume or take worth the loss of your job?

Many times during the holiday season we get very busy and find ourselves hurried. Don't get careless and forget to do what is right. Talk to your steward or your union representative if you have any questions.

SERVING 14,000 MEMBERS IN RHODE ISLAND, SOUTHEASTERN MASSACHUSETTS & EASTERN CONNECTICUT

DECEMBER 2000

# KEEP THE HOLIDAYS HAPPY



From the President
Lee DiIorio

Various company policies change from time to time. Policies regarding employee purchases NEVER CHANGE!!!

If your employer is throwing something out the back door, you can't eat it, take it, or use it. If you haven't paid for it, it doesn't belong to you, and you will lose your job for taking what doesn't belong to you.

We're working long hours and we're all short-staffed. We're all exhausted and we wonder why. Each year at this time, our Local Union finds itself losing some very long-term members for some very foolish reasons.

Company security has used the same tactics for so long they are becoming stale and moldy. They see guilt everywhere. With them, the normal court doctrine "innocent until proven guilty" is reversed and YOU ARE "guilty until proven innocent."

Don't misunderstand. If a person is stealing, they deserve to be terminated. This Local Union is not interested in protecting thieves. However, we do get tired of hearing the same underhanded techniques security uses to threaten and frighten otherwise honest members.

We have told our members for years that if you are interviewed by company security and feel your job is being threatened, tell them you will not answer any questions until you have a Union Representative present. Security often tries to bully and threaten people into admitting things without having any real evidence that a person has done something wrong. They will attempt to trip you up with the things you say and make you sound guilty even if you aren't. Your Union Representatives are trained to deal with these situations. Don't think you can handle it alone. If security tells you that they are going to suspend you if you don't talk to them, you are better off risking a suspension than telling them what they want to hear so that they can terminate you. Ask for a Union Representative. If the company denies you union representation, they are violating the law.

The message for my column is a simple one. If you're going to eat it, drink it, take it or use it, purchase it first and keep your receipt. Never wait on yourself or your family members. Make sure you know and understand your company's purchase policy. Make this holiday season and every holiday season a happy one. Stay safe and have a Happy New Year!

INSIDE THIS EDITION
It Pays To Belong To Local 328 Page 6



From the Secretary-Treasurer
Rick Meehan

# A CLEAR AND PRESENT DANGER

The holidays are now upon us. The hustle and bustle of holiday shopping has already started. You have a choice as to where you can spend your hard-earned money. We stongly urge you not to spend it at Wal-Mart. Wal-Mart could care less about you. All they want is our money. Recently, the [illegible] Arkansas which was attended by nearly 2,000 UFCW members. The message from UFCW International President Dority was clear, "Not in our Neighborhood." We don't want them coming in and lowering our wages and destroying our health and pension benefits. Wal-Mart is now the larg-

...n planning New Year celebra-...ns for months. And the prices ... outrageous. But the turn of ... clock from 1999 to 2000 will ... change people's lives. Our lives changed much more slowly than ... drop of a ball in Times Square. ...r lives are changed, not by mile-...nes like a new century, but by the ...provements in the way we work, ...our family life and in our com-...nities. Local 328 continues powerful voice for workers. This year we continued the battle with NutraMax begun two years ago with an organizing campaign. The workers at NutraMax were able to stay the course for two difficult years only with the help of Local 328. We fought one whole year for union recognition and then another year for a contract which provides the dignity that these workers fought so hard to achieve. And the company learned a lesson – that Local 328 will not back down. We dig in!



...ed Food and Commercial Workers ...n International President Doug ...ty addressed the Stewards' Confer-...on September 21. See pages 8 and ... more about the conference.

We have also settled seven contracts this year: Brigido's IGA in North Scituate, Rhode Island; Brigido's IGA in Slatersville, Rhode Island (two separate contracts); Priority Finishing Corporation; Pier Market; Stop & Shop, Nantucket; the food service workers at UMass, Dartmouth, and of course NutraMax Products, Inc. And we are currently negotiating new contracts for the food service workers at Roger Williams University and for the workers at Eastside Marketplace in Providence and Newport.

Local 328 continues to do what works for our members while also looking for new ways in which we can serve them. This is why we are...

*...which we have improved our members' lives while working to make our community better."*

...bers. Our new updated website will provide timely information to our members while providing them with another opportunity to communicate with their union. Our telephone system has also been updated to make the

(Continued on page 4)



From the Secretary-Treasurer
Lee DiIorio

# Happy Holidays

Happy Holidays - well! Working, spending, shopping, spending, giving, spending ... causing lots of stress in our lives. We're working long hours and we're all short staffed. We're all exhausted and we wonder why. Each year at this time, our Local Union finds itself losing some very long-term members for some very foolish reasons.

I guess what I'm leading up to is the problem of eating, drinking, using or taking something you haven't paid for. Your best defense is not to do anything wrong. Just because that candy or bag of chips is open, doesn't mean you can take one. Just because your break is 15 minutes and the lines at the registers are long, doesn't mean you can

*"If you are interviewed by company security and feel your job is being threatened, tell them you will not answer any questions until you have a Union Representative present."*

eat it first and pay for it later. Just because you have a headache and you need two aspirins, doesn't mean

(Continued on page 5)

December 1999

(see p.5)



The first prize winner in the A.B.C. Drawing is Joseph Lima, Stop & Shop #716, who won $500 in gift certificates.



second prize winner in the C. Drawing, $250 in gift certifi- , went to Donna Cavanaugh, works at Stop & Shop #728.



The third prize winner in the A.B.C. Drawing, $100 in gift certificates, went to Patricia Medeiros, who works at Stop & Shop #403.

# DiIorio: Happy Holidays

(Continued from Page One)

you can take it first and pay for it later. Just because the customers are lined up at the deli, doesn't mean you can wait on yourself.

Various company policies change from time to time. Policies regarding employee purchases NEVER CHANGE!

Even if your employer is throwing something out the back door, you can't eat it, take it, or use it. If you haven't paid for it, it doesn't belong to you, and you will lose your job for taking what doesn't belong to you.

On the other hand, company security sees guilt everywhere. With them, the normal court doctrine "innocent until proven guilty" is reversed and YOU ARE "guilty until proven innocent." Company security has used the same tactics for so long, they are becoming stale. They start with "just talk to us and tell us the truth and you can go back to work without any problems." When the friendly approach doesn't work, they get threatening. They'll tell you they have a witness or a video camera that viewed your crime. They then tell you, if you don't tell them what they want to hear, they will call the police and have you taken away in handcuffs. If the company has something on you, they should inform you of the infraction. Never admit to something you haven't done or sign a document that states you ate, drank or stole something, if you haven't.

If you are interviewed by company security and feel your job is being threatened, tell them you will not answer any questions until you have a Union Representative present.

The message for this column is a simple one. If you're going to eat it, drink it, take it or use it, purchase it first and keep your receipt. Don't wait on yourself or your family members. Make sure you know and understand your company's purchase policy. Make this holiday season and every holiday season a happy one. Stay safe and have a very Happy New Year!

ContinueD December 1999

community. Local 328 awarded ten $1,000 scholarships to our members or our members' families. Our Food Bank, which provides help for Local 328 families in need, continues to grow. Thanks to those who remembered to bring food

workers must pay half of the cost of their insurance.

They don't know that:

• Local 328 unionized part-time members at Stop & Shop have fully-paid health insurance after qualifying, while Dave's workers must pay $220 per month after two years and work

And there are ... Through successf... UFCW Local 328 a...

[redacted]

**Local 328 Secretary ... her contribution to l... Banquet in August, ... Secretary-Treasurer ... Nick Palazzo (right)**

## If you value your job, read this!

It's important that every member understand store policies regarding purchases. Don't forget:

1. A register receipt must accompany any item purchased for your consumption.
2. Cashiers should take extra caution handling coupons. You must redeem one coupon for one item of merchandise and never exchange coupons for cash in your drawer.
3. Familiarize yourself with the store's policy on ringing up purchases for other members of your family. The best advice for family members is to check out at a register other than your own.

When it comes to violations of cash and coupon policies, your union representative is limited in what he or she can do on your behalf. Ask yourself, is the product you are about to consume worth the loss of your job?

Talk to your steward or union representative if you have any questions.

December 1999

# Do You Know Someone Who Needs A Union?

Workers without a union have:

- no voice on the job
- no representation
- no guaranteed wages or benefits
- no one to go to when things get tough

If you know someone who works in retail or another industry who needs a union, contact Jim Riley, Organizing Director, at 1-800-624-[illegible]770, ext. 20.

*Organizing a union at other worksites strengthens the union at YOURS.*

## If you value your job, read this!

It's important that every member understand store policies regarding purchases. Don't forget:

1. A register receipt must accompany any item purchased for your consumption.
2. Cashiers should take extra caution handling coupons. You must redeem one coupon for one item of merchandise and never exchange coupons for cash in your drawer.
3. Familiarize yourself with the store's policy on ringing up purchases for other members of your family. The best advice for family members is to check out at a register other than your own.

When it comes to violations of cash and coupon policies, your union representative is limited in what he or she can do on your behalf. Ask yourself, is the product you are about to consume worth the loss of your job?

Talk to your steward or union representative if you have any questions.

*appreciated.*

*Sincerely*
*Frank Frenze*

*George,*

*Thank you to you and your staff.*

*Former Almacs employee,*
*John O'Connor*

*Dear Lee,*

*I would like to take this opportunity to thank the Union for all its efforts in getting some of the money that was due to the members. Today every little bit counts.*

*Lastly, it puts closure to a very unfortunate situation.*

*Thank you again.*

*Sincerely,*
*Barbara Bianco*

*closure to such a dark chapter in r life. I can finally put Almacs behi me and not look back again, but if n mind does wander and I do think ba to the past, I will surely snap out of with a smile on my face because th story finally has a happy ending, than to all of the wonderful people at Loc 328.*

*Since the season to be jolly is rig around the corner, I want to take th opportunity to wish everyone at Loc 328 a happy and healthy holiday se son. And again, thanks to all.*

*Sincerel*
*Tony Ferrar*

## SAFETY AND HEALTH MATTERS

# Study Reaffirms Belts Ineffective In Preventing Back Pain

A recent research study involving cargo and baggage handlers at a major Dutch airline found back belts do not prevent back pain. It supports the National Institute for Occupational Safety and Health (NIOSH) recommendation that uninjured workers not use back belts.

In the Netherlands study, researchers wanted to determine if back belts and education about lifting properly are effective in preventing back pain. Workers were divided into four groups, those who received: (1) education (liftin instructions) and a back belt; (2) educatio alone; (3) a back belt only; and (4) n intervention.

Anyone with current or previous ba pain was excluded.

The study reaffirms the conclusion of tw previous similarly designed studies that ba belts were ineffective. The authors als found that using a back belt has no i effects on trunk muscle strength and do not cause muscle atrophy.

DECEMBER 1998

328 UNION VOICE

DECEMBER 1996

## e of Our Union

Uni- outh, onth with

Rela- Bake-

won who ermi- ored its to that, the our

have

ttle- ney. ettle our by ery- mer ain-

our ees ow- ice, still n. isi- six ng ng all rt- m- ire

both locals have approved the merger and, as we go to press, we are waiting approval of our International Executive Committee. Local 292T has 138 members who are employed at Priority Finishing Company in Fall River. Local 292T president, **Carlos Carriero**, will serve as a vice-president on Local 328's Executive Board.

But our work life is affected by more than our contracts and their enforcement by the Union. Our lives are also profoundly affected by those in public office who develop the policies and enact the laws that make both our work life and our family life either more difficult or better.

With the results of this year's elections, we have something to celebrate and to be thankful for. We re-elected **President Bill Clinton and Vice-President Al Gore.** In Massachusetts, we re-elected **Senator John Kerry** and **Representatives Barney Frank and Joe Moakley.** And we helped elect **Jim McGovern** to the U.S. Congress in the third district and **Bill Delahunt** in the tenth district.

In Rhode Island, we returned **Patrick Kennedy** to the U.S. House of Representatives, elected **Bob Weygand** from the second district and elected **Jack Reed** to the United States Senate to succeed retiring **Senator Claiborne Pell.**

We thank all of you who went out and voted on Election Day. Your votes and those of your families made the crucial difference in every election victory. Congratulations to each of you. Let's make sure that our voice is heard in Washington.

With unemployment dropping to below 5% in Massachusetts, Connecticut



## Martin Luther King, Jr. Day
### January 20, 1997

The UFCW continues the struggle to make Dr. Martin Luther King, Jr.'s dream a reality ... The dream of good jobs, peace, equal opportunity, respect, and dignity.

By joining hands, we can move forward together to create a better world.

A message from the United Food and Commercial Workers International Union

## If you value your job, read this!

It's important that every member understand store policies regarding purchases. Don't forget:

1. A register receipt must accompany any item purchased for your consumption.
2. Cashiers should take extra caution handling coupons. You must redeem one coupon for one item of merchandise and never exchange coupons for cash in your drawer.
3. Familiarize yourself with the store's policy on ringing up purchases for other members of your family. The best advice for family members is to check out at a register other than your own.

When it comes to violations of cash and coupon policies, your union representative is limited in what he or she can do on your behalf. Ask yourself, is the product you are about to consume worth the loss of your job?

Talk to your steward or union representative if you have any questions.