# ASSOCIATE PURCHASE POLICY

1. Associates must make their purchase on their time only – at the end of their shift providing the store is still open for business.
2. Associate purchases and/or packages can be inspected by the Store Manager, security personnel, any member of management, or any Department Manager designated by the Store Manager.
3. Associates must purchase and have a receipt for any store merchandise that is to be consumed or used in the store.
4. The Company is committed to 100% price accuracy for its customers. Associates who learn of pricing errors are required to bring them to the attention of store management immediately. Associates may not knowingly take advantage of pricing errors.
5. Reduced merchandise is only to be purchased after it is put on display for the general public.
6. All associates are required to pay for the merchandise at the full retail price in effect the day it is purchased.
7. All purchases must be accompanied by a sales receipt.
8. An associate may use their Stop & Shop card for their own purchases; they are not permitted to use their personal card for customers.
9. Once a purchase is paid for, it must be taken out of the store immediately and not brought back into the store unless the purchase is to be consumed or used in the store.
10. Associates are not permitted to hold, or have held, any merchandise for later purchase.
11. Merchandise must remain on the selling counter until it is purchased.
12. Unsaleable merchandise, including broken packages and out-of-code product, is not to be taken, used or eaten.
13. Associates are not permitted to wait on themselves, their relatives or their friends.
14. Associates may have a joint Stop & Shop card account with a spouse, parent, or child for their personal shopping.
15. Each item purchased at the deli must be wrapped and priced individually.
16. Special orders or other meat and produce items which are not purchased from the case should be wrapped as regular items, sealed, price marked and initialed by the appropriate Department Head or the person in charge of the department.
17. All Department Head purchases must be signed by the Store Manager.
18. Associate merchandise refunds must be handled by the Store Manager.

**FAILURE TO FOLLOW THE ASSOCIATE PURCHASE POLICY MAY RESULT IN DISCIPLINARY ACTION, UP TO AND INCLUDING TERMINATION OF EMPLOYMENT.**

# PRODUCT IN-STORE SAMPLING POLICY

Sampling of product in Stop & Shop stores takes place for three purposes: quality control, associate knowledge of new products and to improve customer sales.

Sampling is encouraged in our stores; however, we must have accountability for all products and we must achieve results for the cost of using products for sampling by customers and/or associates.

The following sampling procedure must be reviewed by all associates. This procedure pertains to in-store product sampling only. Authorized vendor demonstrations are not covered by this policy.

**Quality Control**

1. The Store Manager, designate (Perishable Managers, Department Head), or the Quality Control Store Inspector may sample a limited quantity of product to determine if the product is saleable. Associates who question if a product is saleable must involve Store Management in the evaluation.
2. Decisions to reduce product for sale or discard must be approved by a member of Store Management.

**Associate Product Knowledge and Customer Sampling**

1. Product to be sampled must be approved by the Store Manager or designate (Perishable Manager, Department



**EXHIBIT 1**