# EMPLOYEE PURCHASE POLICY

1. You must make all of your purchases at the employee register. This register is identified by a Stop & Shop Logo card. Your Store Manager will show this to you.

2. Make your purchases on your time only - at the end of your shift providing the store is still open for business.

3. Your purchases and/or packages can be inspected by the store manager, security personnel, any member of management, or any department manager designated by the Store Manager.

4. You must purchase and have a receipt for any store merchandise to be eaten or used in the store before you eat or use it.

5. Reduced merchandise is only to be purchased after it is put on display for the general public.

6. All employees are required to pay for the merchandise at the full retail price effective the day it is purchased.

7. All purchases must be accompanied by a sales receipt.

8. Once you register and pay for your purchases take them out of the store immediately and do not bring them back into the store.

9. You are not permitted to hold, or have held any merchandise for later sale. Obtain what you want when you are going to pay for it. Merchandise must remain on the selling counter until this time.

10. Unsaleable merchandise, including broken packages and out-of-code, is not to be taken, used, or eaten.

11. You are not permitted to wait upon yourself or your relatives and friends.

12. Each item purchased at the Deli must be wrapped and priced individually.

13. Special orders, or other meat and produce items, which are not purchased from the case, should be wrapped as regular items, sealed, price marked, and initialed by the appropriate department head, or the person in charge of the department. All department head purchases must be signed by the Store Manager.

14. Any merchandise refunds you might have are to be handled by the Store Manager.

FAILURE TO FOLLOW THIS EMPLOYEE PURCHASE POLICY WILL RESULT IN DISMISSAL.

**EXHIBIT 3**

I have read and understand the above.

Store 708 Date

Store Manager [signature] Employee Signature [signature: Lionel P. Carreiro]

STOP & SHOP

# EMPLOYEE PURCHASE POLICY

1. Make your purchases on your time only - at the end of your shift providing the store is still open for business.
2. Your purchases and/or packages can be inspected by the Store Manager, security personnel, any member of management, or any Department Manager designated by the Store Manager.
3. You must purchase and have a receipt for any store merchandise that is to be consumed or used in the store.
4. Reduced merchandise is only to be purchased after it is put on display for the general public.
5. All employees are required to pay for the merchandise at the full retail price effective the day it is purchased.
6. All purchases must be accompanied by a sales receipt.
7. An employee may use their Stop & Shop card for their own purchases, they are not permitted to use their personal card for customers.
8. Once you register and pay for your purchases, take them out of the store immediately and do not bring them back into the store unless the purchase is to be consumed or used in the store.
9. You are not permitted to hold, or have held any merchandise for later purchase. Merchandise must remain on the selling counter until it is purchased.
10. Unsaleable merchandise, including broken packages and out-of-code product, is not to be taken, used or eaten.
11. You are not permitted to wait upon yourself or your relatives and friends.
12. Employees may have a joint Stop & Shop card account with a spouse or parent for their personal shopping.
13. Each item purchased at the deli must be wrapped and priced individually.
14. Special orders or other meat and produce items, which are not purchased from the case, should be wrapped as regular items, sealed, price marked and initialed by the appropriate Department Head or the person in charge of the department. All Department Head purchases must be signed by the Store Manager.
15. Any merchandise refunds you might have are to be handled by the Store Manager.

**FAILURE TO FOLLOW THIS EMPLOYEE PURCHASE POLICY WILL RESULT IN DISMISSAL**

_______________________ EMPLOYEE SIGNATURE

_______________________ DATE

7805g