Lionel Correira 1st step meeting 9/18/06

Lionel was suspended for purchase policy violation, reducing his own product, holding product in the back for himself, purchasing out of code product and making purchases on company time.

Lionel states that the hot dogs were out of code on 9/12/06 and he put a price of 69 cents per pound on 4 packages of hot dogs and had the part time wrapper Kristen O'Brien initial the packages. Lionel states that he has been buying reduced product and damaged product for years to make ends meet. Lionel also purchased chicken that was reduced to 49 cents per pound; the chicken was authorized for reduction by part time cutter Dave Beach and was placed in the sales case for sale to the public. The chicken was marked with a 9/14/06 code and it should have been dated 9/13/06 and was mislabeled. Lionel feels that he was in charge of the department because he was the only full timer on as the meat manager and head cutter were out with injuries. Steve Turchetta states that he has been instructed by the company in how to proceed in this matter and that he is not the owner of the company and has to do as he is told. Steve T wants to open the hot dog packages in front of Lionel and Mike Matias and does so, all of the packages are dated 9/12/06.Steve states that Lionel signed the purchase policy when he was hired, Mike Matias has checked Lionel's file and Lionel has signed the purchase policy back in 6/87.Lionel states that he doesn't remember signing the purchase policy 19 years ago. Steve goes over the purchase policy and states that Lionel has violated the policy by waiting on himself, rewrapping and purchasing out of code product .Steve states that based on the violations of the purchase policy that the company's position is to terminate Lionel.

Lionel states that because there was no head cutter or meat manager that he had the right to make the decisions he made. Lionel states that this has been going on for years and that the produce department rewraps there own shrink items and many of these are not put on the reduced rack for sale to customers first. Lionel states that many packages have been taken out of the company and that he buys reduced items due to the fact that he has child support payments. At this time the meeting ends with the company taking the position that Lionel will be terminated.

**EXHIBIT 4**