Lionel Carrerio 2nd step meeting 10/6/06

Domenic Pontarreli and Mike Matias speak to Lionel before the meeting and Lionel states that
The chicken was put out for sale to the customers before he purchased it and the markdown was ok'd by part time meat cutter Dave Beach. Lionel states that he wasn't aware that purchasing out of code product and reducing the price was a violation of the purchase policy. Lionel signed the purchase policy on 6/2/1987 and states that he was a part time clerk at this time and would have signed anything because he needed a job.

Mike Matias presents the case and states that Lionel feels that that the purchase policy should have been reviewed with him as he as moved up in the company over the years and that if Lionel was aware that reducing the price on the hot dogs and purchasing out of code product was a violation of the policy he would have never jeopardized his job by doing so Mike M states that Lionel felt that he was helping the company by purchasing the hot dogs that were out of code and going to be thrown out and that by purchasing them he was putting money back into the company and helping the company reduce shrink..
Glenn Hogan states that he understands that Lionel feels that the purchase policy should have been reviewed but there is no statue of limitations on the purchase policy and no policy in place that the purchase policy has to be reviewed with associates at anytime. Glenn states that the company doesn't waiver on the purchase policy and termination is the only option in this matter and there is no option but to follow past practice and move to termination. Glenn states that all out of code product are to be discarded and that they are not to be sold. Glenn states that there is a coupon policy to be used for reduced product and that it's first come first serve for the customers and not to be held aside for associates. Glenn also states that no manager would have authorized sale of out of code product due to the possible ramifications for health issues.
Lionel states that this has happened to other associates and has been going on for 20 years. Lionel states that part timers have been marking down product for years. Lionel is told that if other associates are caught doing this they will face the same disciplinary action as Lionel. Glenn states that the company has the purchase policy posted in the store. Lionel states that people sometimes tear it down .Steve Turchetta leaves the room and checks to see if the purchase policy is posted by the time clock, Steve returns to the room and states that the policy is posted next to the time clock. Lionel states that he hasn't looked at the purchase policy in 19 years. The company's position at this time is to terminate Lionel. Lionel begins to cry and Glenn and Steve leave the room and Domenic and Mike continue to speak to Lionel. Lionel at this time states that it his fault and should have made sure he was aware of the purchase policy. Mike and Domenic explain the next steps of the grievance process and that the outcome of the grievance will be termination and Lionel should consider the fact that he will have to try to collect unemployment and that Mike will have conversation with the company and ask that the company not appeal Lionel's unemployment claim. Lionel asks if he can go home and leaves the office.

<u>**EXHIBIT 5**</u>