Lionel Carrero 3rd step 10/16/06

For the Union: Lionel Carrero, Mike Matias, Domenic Pontarelli
For the company: Bill Dickey, Glenn Hogan, Steve Carbone

Lionel states before the meeting that no one from the company talked to him about the purchase policy during the time he has worked for the company.
Lionel also states that he has 6 sick days left and he received a vacation pay last week.

Bill Dickey states that has reviewed the case and talked to a number of people about the matter and has reviewed Lionel's file.
Lionel Carrero States that he has never asked to see the purchase policy and that is neglect on his part to review the policy and he feels that because the company has been sold this shouldn't matter.
Lionel also states that he feels that reducing the product is in the best interest of the company.
Bill states that the company doesn't sell out of code product and people would be suspended and lose there jobs if they did so because of the potential health hazard issues.
Domenic Pontarelli asks Bill if the companies loss prevention monitors the out code policy.
Bill states that is the store managers duty.
Lionel feels that the case is full of out of code product and that the hot dogs were pulled off the shelf (out of code) by the lead seafood clerk and placed in a carriage and Lionel put them aside and rewrapped them and was going to use them.
Bill asks Lionel who told him he could buy out of code product.
Lionel says that no one told him either way.
Bill asks again who told Lionel he could buy out of code product and that the chicken was put out for sale to the public and not out of code.
Mike Matias states that Lionel thought because he was the only full timer on he was authorized to reduce the hot dogs.
Bill states that the temptation is there to put out of code product in back and buy it but it must be thrown out and the policy is posted and Lionel is aware of it.
Lionel states that he thought it was ok to do if he got it signed and ok for a part timer to sign for it.
Bill says that all special purchases must be signed by the manager and Lionel should have gone to the store manager .
Lionel states that he realizes this was serious and should have never signed and taken the out of code product.
Bill asks Lionel how he came up with the price and not reduced them to $10.00 instead.
Lionel states because it was out of code.
Bill states that Lionel should have never marked down the product and never took the steps to have a manager sign it and asked the part timer.
Lionel states that he feels he hasn't signed the policy and a long time and should have been warned and suspended and spoken to about the severity of the actions. This has been going on for 20 years and no one is watching this situation.
Bill states that loss prevention will take a closer look at this and employees should not be hiding hot dogs and reducing the product.
Lionel states that if the product doesn't smell the stuff is ok. **EXHIBIT 6** 000003
Bill states that bacteria doesn't smell.
Domenic asks Bill what the company policy is for sale of out of code product to the public.
Bill states that no out of code product is to be sold to the public and it is common sense to not

mark down your own product and Lionel never asked anyone before he did it.
Lionel states that people in the meat department buy out of code bacon all the time and no rwa pork is put out but bacon and high salt products are.
Bill states that all reduced merchandise must be put out for sale to the public and that no one can wait on themselves or there family.
Bill asks Lionel how he came up with the price why not $6.00.
Lionel states that the product wasn't worth it.
Bill states that the company doesn't bend at all on the purchase policy and he must stay with the facts and $12.00 purchase was reduced to $3.00 with out permission from a manager.
Lionel says that he probably broke 8 of the policies and a manager wouldn't have signed it because it was out of code.
Domenic states that the local puts out notices to it's members at the holidays and that the we put out policy in the union newspaper and at the membership meetings and no purchase policy case has been taken to arbitration.
Bill states that Lionel knew to get it ok'd by going to the part timer and this is a violation of the purchase policy and the companies position is termination.
Mike asks if the company will let Lionel collect unemployment.
Bill states that the company will not actively fight Lionel's unemployment case.
Domenic asks if the company will pay Lionel his sick days.
Bill states that they will not but will allow Lionel to self terminate (resign) and to say that he quit on future job applications.
Mike asks if Lionel can have a few days to decide what he wants to do.
Bill agrees to this.

Meeting ends.

Dom and Mike talk to Lionel after the meeting and say that they will present the case to the president of the local for consideration for arbitration but that no case has been taken to arbitration before.