Lionel Carreiro
30 Sayles Hill Road
North Smithfield, RI 02896
401.765.1904

Dennis J. Tente
311 Doric Avenue
Cranston, RI 02910
January 11, 2007

Dear Mr. Tent,

I am writing in regards to the letter that was sent to you by Ms. Ehrenberg who is representing 328.

In reading this letter in regards to my dismissal it seems to make the policies and procedures at Stop and Shop look black and white. Unfortunately something is broken. How can a person spend 19 years at a company and not have been trained or coached on the correct procedure on some of these procedures she brings to light in regards to my dismissal?

The first offensive she brings up is the holding product off the floor. At any given time in any given store you can walk into any cooler and see product being held for customer's employees and management.

The second issue she states says there was a manager on duty. There was not a Meat Manager on duty during this time nor had there been all week. AT no time in 19 years with Stop and Shop has my attending Meat Manager or Head Cutter ever had the Store Manager involved with purchases in the meat department. Procedure was taught to me that if there was not a Meat Manager or Head Cutter on site the full time meat cutter on duty assumed responsibilities of the meat department. As far as discarding out of code product there is always great scrutiny to decide what is done with these items. For example: pallets of turkeys come in after the holiday we than turkey by turkey have to decide what to do with them. Being that the item is still consumable they are reduced and packaged into parts and a jump code is done on them (jump code a day or so is added to the expiration) this is done to avoid great loss. I am not agreeing or disagreeing with this but this is what is done. Stores also send out of code items to the Food Bank.

The third issue she states is that I deliberately avoided having a Store Manager authorize my purchase. As I said earlier the Store Manager has never been involved with the purchases of the Meat department nor has any supervisor ever instructed me to get approval for the Store Manager. The procedure is done the same in every store the meat wrapper has always signed the product. This is telling me there are some serious training issues at Stop and Shop, if after 19 years I now being told or terminated for procedures I've been taught by my supervisors than how well are they trained?

Another point I would like to bring up at this time is the fact that according to this letter my actions were observed by security personal. This is the same person that watched an employee on 4 different occasions eat food from the deli and still was not dismissed was this person warned?

The EMPYOYEE PURCHASE AGREEMENT which was shown to me after the fact was something I signed 19 years ago it also has no witness signature on it and has never been reviewed. I did not even remember signing it. There are many procedures on there that are not followed and I've never seen them implemented nor did I know they existed. Again I believe these are training issues or are these used as tools to release employees you are done with.
Further more I have had 19 years of HONEST and LOYAL employment for Stop and Shop and have respected and appreciated my employment with them. There is no reason why I could not have been given a Warning or a Suspension on this offensive I find Termination an Extreme and Gross action on there part and only using this issue as a vehicle to release me. It also has astounded me having been a union member for 19 years they did not give me one ounce of support in this situation as a matter of fact they appeared to be instrumental and part of the party.
With all things being said I know I have been unjustly terminated.

Regards,

Lionel P. Carreiro

Lionel Carreiro