## CERTIFICATION

I hereby certify that true copies of the within Plaintiff's Objection to Motions for Summary Judgment by Defendants, Statement of Undisputed Facts, Memorandum of Law, Statement of Disputed Facts and Affidavit of Lionel P. Carreiro were mailed to Betsy Ehrenberg, Esq., **PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**, 18 Tremont St., Suite 500, Boston, MA 02108, Richard M. Peirce, Esq., **ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC.**, 10 Weybosset St., 8th Fl., Providence, RI 02903-2808, Gordon P. Cleary, Esq., **VETTER & WHITE**, 20 Washington Pl., Providence, RI 02903, Michael C. Lehane, Esq. and Thomas W. Colomb, Esq., **MURPHY, HESSE, TOOMEY & LEHANE, LLP**, 300 Crown Colony Dr., Suite 410, P. O. Box 9126, Quincy, MA 02269-9126, by regular mail, postage prepaid, this 27th day of November, 2007.

RECEIVED
NOV 30 2007
Property of U.S. District Court
District of Rhode Island

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130