UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIONEL P. CARREIRO, Plaintiff | ) | |
| v. | ) | C.A. No. 07-158S |
| THE STOP & SHOP SUPERMARKET COMPANY, LLC, and UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 328, by and through their President, DAVID P. FLEMING and their Secretary/Treasurer, JAMES RILEY, Defendants | ) | |

**DEFENDANT STOP & SHOP SUPERMARKET COMPANY, LLC'S MOTION TO ENLARGE TIME**

Pursuant to Local Rule Cv 7, defendant Stop & Shop Supermarket Company, LLC ("Stop & Shop") moves that its time to file a surreply to plaintiff Lionel P. Carreiro's objection to its motion for summary judgment be enlarged by one week, up to and including December 17, 2007. As grounds for this motion, counsel for Stop & Shop respectfully represents that, due to conflicting deadlines in several matters, an additional week to reply is required to properly address the matters raised in plaintiff's objection. Stop & Shop further notes that both plaintiff and defendant United Food and Commercial Workers Union, Local 328 ("Local 328") have previously received extensions in preparing summary judgment filings. The Court has set argument on the defendants' motions for summary judgment for January 25, 2008; accordingly, Stop & Shop submits that no party will be prejudiced by the requested enlargement of seven days.

Counsel for defendant Stop & Shop has communicated via telephone with counsel for plaintiff and counsel for defendant Local 328, and neither party objects to this motion or Stop & Shop's request for an enlargement of time.

/s/ Gordon P. Cleary
Gordon P. Cleary, No. 1948
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Defendant Stop & Shop
Supermarket Company, LLC
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com
tbliss@vetterandwhite.com

Michael C. Lehane (Admitted *Pro Hac Vice*)
Thomas W. Colomb (Admitted *Pro Hac Vice*)
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, Massachusetts 02269-9126
(617) 479-5000
(617) 479-6469 FAX

Dated: December 7, 2007

CERTIFICATE OF SERVICE

To:

Dennis J. Tente, Esq.
311 Doric Avenue
Cranston, RI 02910

Richard M. Peirce, Esq.
James A. Musgrave, Esq.
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street – 8th Floor
Providence, RI 02903-2808

Betsy Ehrenberg, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan
18 Tremont Street – Suite 500
Boston, MA 02108

Michael C. Lehane, Esq.
Thomas W. Colomb, Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive - Suite 410
P.O. Box 9126
Quincy, MA 02269-9126

I hereby certify that I electronically filed the within motion on December 7, 2007. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary