UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIONEL P. CARREIRO<br>Plaintiff<br><br>VS.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC and UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 328, by and through their President, DAVID P. FLEMING, and their Secretary/Treasurer, JAMES RILEY<br>Defendants | : | C.A. NO. 07-158S |

**PLAINTIFF'S, LIONEL P. CARREIRO, OBJECTION TO DEFENDANT'S, THE STOP & SHOP SUPERMARKET COMPANY, LLC, MOTION TO STRIKE PORTIONS OF PLAINTIFF'S AFFIDAVIT**

Plaintiff, LIONEL P. CARREIRO, objects to the Motion of Defendant, THE STOP & SHOP SUPERMARKET COMPANY, LLC, hereinafter referred to as Defendant Stop & Shop, to Strike Paragraphs 2, 4, 9, 10, 11, 12, 15, 19 and 20 and Exhibit 7 of the Plaintiff's Affidavit on the basis that the information provided therein is clearly based upon Plaintiff's personal knowledge, and further:

1. That Defendant Stop & Shop included as Exhibits 3, 4 and 5 to its Motion for Summary Judgment certain summaries of three (3) grievance meetings. Several of the statements in Plaintiff's Affidavit which Defendant Stop & Shop seeks to exclude were discussed among the parties in the grievance meetings.

2. Defendant Stop & Shop has itself relied upon statements in the Affidavit of Joel A. Boone which are conclusory, non-specific, without any foundation whatsoever and should not be considered as support for Stop & Shop's Motion for Summary Judgment.

3. It is Plaintiff's position that the paragraphs Defendant Stop & Shop seeks to strike are admissible on the issues of just cause for termination and further, on the Defendant Union's failure to properly investigate Plaintiff's claims during the grievance

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130

procedure.

Plaintiff submits his Memorandum, attached hereto, in support of his Objection.

LIONEL P. CARREIRO
By his Attorney,

DENNIS J. TENTE, ESQ. #1949
**COLETTI & TENTE**
311 Doric Ave.
Cranston, RI 02910
941-4050
941-2130 (FAX)

**CERTIFICATION**

I hereby certify that true copies of the within Plaintiff's Objection to Defendant's, THE STOP & SHOP SUPERMARKET COMPANY, LLC, Motion to Strike Portions of Plaintiff's Affidavit were mailed to Gordon P. Cleary, Esq., **VETTER & WHITE**, 20 Washington Pl., Providence, RI 02903, Thomas W. Colomb, Esq., **MURPHY, HESSE, TOOMEY & LEHANE, LLP**, 300 Crown Colony Dr., Suite 410, P. O. Box 9126, Quincy, MA 02269-9126, Betsy Ehrenberg, Esq., **PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**, 18 Tremont St., Suite 500, Boston, MA 02108 and Richard M. Peirce, Esq., **ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC.**, 10 Weybosset St., 8th Fl., Providence, RI 02903-2808 by regular mail, postage prepaid, this 21st day of December, 2007.

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LIONEL P. CARREIRO<br>Plaintiff<br><br>VS.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC and UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 328, by and through their President, DAVID P. FLEMING, and their Secretary/Treasurer, JAMES RILEY<br>Defendants | : | C.A. NO. 07-158S |

**PLAINTIFF'S, LIONEL P. CARREIRO, MEMORANDUM IN SUPPORT OF HIS OBJECTION TO DEFENDANT'S, THE STOP & SHOP SUPERMARKET COMPANY, LLC, MOTION TO STRIKE**

1. **That Defendant Stop & Shop included as Exhibits 3, 4 and 5 to its Motion for Summary Judgment certain summaries of three (3) grievance meetings. Several of the statements in Plaintiff's Affidavit which Defendant Stop & Shop seeks to exclude were discussed among the parties in the grievance meetings.**

Defendant Stop & Shop in its Motion for Summary Judgment submitted Exhibits 3, 4 and 5 to the Affidavit of Joel A. Boone. The Exhibits were relatively self-serving statements of three (3) grievance meetings involving the Plaintiff and representatives of Stop & Shop and Union Local 328. There were very few statements indicated therein where Mr. Carreiro defended his actions. In his objection to Defendant Stop & Shop's Motion, Plaintiff included much more detailed statements of the grievance meetings as Exhibits 4, 5 and 6 to his Affidavit. It is important to note that these Exhibits included numerous statements made by Mr. Carreiro in his defense during the grievance meetings. Exhibits 4, 5 and 6 were prepared by representatives of Union Local 328.

Regardless of Defendant Stop & Shop's position that Plaintiff's statements are conclusory and non-specific, they are clearly admissible in rebuttal to the Exhibits re-

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130

ferred to in Mr. Boone's Affidavit and attached as Exhibits 3, 4 and 5 thereto. They would clearly be admissible at trial under the provisions of FRE 801(d).

**2. Defendant Stop & Shop has itself relied upon statements in the Affidavit of Joel A. Boone which are conclusory, non-specific, without any foundation whatsoever and should not be considered as support for Stop & Shop's Motion for Summary Judgment.**

Paragraphs 9 and 10 of the Affidavit of Joel A. Boone perhaps provide clear examples of conclusory and non-specific statements which certainly have absolutely no foundation.

> 9. When a provable violation of the policy occurs as was undisputed by Mr. Carreiro, the Company's unvarying disciplinary response had been to terminate the employee without regard to the value of the merchandise involved or the length or quality of the employee's prior service.
>
> 10. The Company's policy of termination as the appropriate disciplinary response has been upheld over the years by arbitrators appointed through the procedures of the American Arbitration Association and the Employment Relations Board of every jurisdiction where we do business. Such arbitrators have commented on numerous occasions about the uniformity and consistency of the Company's policy and have commented that it is justified and consistent with the "just cause" standard.

Throughout the Affidavit, and in the attachments thereto, there are absolutely no references to names, cases, or arbitrators to verify Mr. Boone's statements on behalf of Stop & Shop. Further, the relevancy of the statements must be questioned. In Exhibit 6 attached to Plaintiff's Affidavit, the following is indicated by Union Local 328 representatives, Domenic Pontarelli and Mike Matias.

> "Dom and Mike talk to Lionel after the meeting and say that they will present the case to the president of the local for consideration for arbitration but that no case has been taken to arbitration before."

**3. It is Plaintiff's position that the paragraphs Defendant Stop & Shop seeks to strike are admissible on the issues of just cause for termination and further, on the Defendant Union's failure to properly investigate Plaintiff's claims during the grievance procedure.**

The present "Associate Purchase Policy" differs from the "Employee Purchase

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130

Policy"; two (2) copies of which were signed by the Plaintiff years ago. The Associate Purchase Policy indicates:

> **"FAILURE TO FOLLOW THE ASSOCIATE PURCHASE POLICY MAY RESULT IN DISCIPLINARY ACTION, UP TO AND INCLUDING TERMINATION OF EMPLOYMENT."**

The Employee Purchase Policy signed by Mr. Carreiro on June 2, 1987 indicated:

> **"FAILURE TO COMPLY WITH THE EMPLOYEE PURCHASE POLICY WILL RESULT IN DISMISSAL."**

The words themselves indicate a change in the policy over an approximate twenty (20) year period.

Those portions of Mr. Carreiro's Affidavit which Defendant Stop & Shop argues should be stricken are based upon Plaintiff's personal knowledge of the activities in the Meat Departments of numerous stores for approximately twenty (20) years. Clearly the evidence is relevant on the issue of just cause for his termination and whether Defendant Local 328 properly investigated Mr. Carreiro's allegations prior to refusing subsequent arbitration and/or mediation.

**CONCLUSION**

For the reasons indicated herein, Plaintiff, LIONEL P. CARREIRO, requests that the Motion to Strike filed by Defendant Stop & Shop be denied.

Respectfully submitted,
LIONEL P. CARREIRO
By his Attorney,

Dennis J. Tente

DENNIS J. TENTE, ESQ. #1949
**COLETTI & TENTE**
311 Doric Ave.
Cranston, RI 02910
941-4050
941-2130 (FAX)

Law Offices
**COLETTI & TENTE**
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130

**CERTIFICATION**

I hereby certify that true copies of the within Plaintiff's Memorandum in Support of his Objection to Defendant's, THE STOP & SHOP SUPERMARKET COMPANY, LLC, Motion to Strike were mailed to Gordon P. Cleary, Esq., **VETTER & WHITE,** 20 Washington Pl., Providence, RI 02903, Thomas W. Colomb, Esq., **MURPHY, HESSE, TOOMEY & LEHANE, LLP,** 300 Crown Colony Dr., Suite 410, P. O. Box 9126, Quincy, MA 02269-9126, Betty Ehrenberg, Esq., **PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.,** 18 Tremont St., Suite 500, Boston, MA 02108 and Richard M. Peirce, Esq., **ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC.,** 10 Weybosset St., 8th Fl., Providence, RI 02903-2808 by regular mail, postage prepaid, this 21st day of December, 2007.

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130