UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Lionel P. Carreiro, Plaintiff, | |
| v. | C.A. No. 07-158 S |
| The Stop & Shop Supermarket Company, et al. Defendants. | |

**ORDER**

I hereby recuse myself from this matter.

/s/ William E. Smith
William E. Smith
United States District Judge
Date: January 23, 2008