UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**LIONEL P. CARREIRO**

**Vs.** **C.A. NO. 07-158ML**

**THE STOP & SHOP SUPERMARKET COMPANY, LLC. And UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 328, by and through their President DAVID P. FLEMMING and their Secretary/Treasurer, JAMES RILEY**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants, The Stop & Shop Supermarket Company, LLC and United Food & Commercial Workers Union Local 328, by and through their President, David P. Flemming and their Secretary/Treasurer, James Riley against the plaintiff, Lionel P. Carreiro pursuant to the Memorandum and Order dated July 31, 2008 GRANTING defendants' Motion for Summary Judgment.**

Enter:
Barbara Barletta
Deputy Clerk

DATED: July 31, 2008